UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

THE HAUNTED FORESTS LLC and
TRACY A. QUINN,

                Plaintiffs,

                v.

TOWN OF WILSON, NY, TOWN OF WILSON
ZONING BOARD OF APPEALS, TRAVIS EVANS
(in his individual and official capacity as Code
Enforcement Office/Building Inspector), DOYLE
PHILLIPS (in his individual and official capacity as
Town Supervisor), ROBERT HULL (in his individual
and official capacity as Town Councilman and Chairman
of the Ethics Committee), AGNES DIANE MUSCOREIL
(in her individual and official capacity as Town Clerk),
JOHN MOLEY (in his individual and official capacity as
a Member of the Zoning Board of Appeals), ESTATE OF
JAMES V. MUSCOREIL, SR. (in his individual and
official capacity as a Town Councilman); and MARK
SCHMITKONS (in his individual and official capacity as
a Member of the Ethics Committee),

                Defendants.

**AFFIDAVIT OF
SERVICE**

Case No. 1:25-cv-01124

---

STATE OF NEW YORK    )
                        ) ss:
COUNTY OF ERIE       )

        KAREN M. STACHOWSKI, being duly sworn, deposes and says that deponent
is an employee of Phillips Lytle LLP, Co-counsel for Defendants Town of Wilson, NY (the
"Town"), and the Town of Wilson Zoning Board of Appeals (the "ZBA") in the above-
captioned action; that deponent is not a party to this action and proceeding and is over eighteen
years of age; and that deponent resides in Orchard Park, New York.

        On November 3, 2025, deponent electronically filed the Town's and the ZBA's
Notice to State Court of Removal to United States District Court, including a true and accurate
copy of the Town's and the ZBA's Notice of Removal of the above-captioned action to the
United States District Court for the Western District of New York, with Exhibits A through F
thereto and the accompanying Civil Cover Sheet, all filed with the Clerk of the Court of the
United States District Court for the Western District of New York on November 3, 2025, using
the United States District Court, Western District of New York Official Court Electronic

1

Document Filing System ("CM/ECF"), as Exhibit 1 thereto, with the Clerk of the Niagara County Supreme Court, using the New York State Courts Electronic Filing ("NYSCEF") System, which sent notification to:

> Justin John Andreozzi, Esq.
> *jandreozzi@lippes.com*

That on November 3, 2025, deponent also did cause copies of the above-referenced documents to be served upon the following, by causing to be deposited true copies of the same enclosed in properly addressed wrappers into the custody of Federal Express, for Federal Express Overnight Delivery, prior to the latest time designated by Federal Express for overnight delivery:

LIPPES MATHIAS LLP
Justin J. Andreozzi, Esq., Of Counsel
*Attorneys for Plaintiffs*
9145 Main Street
Clarence, New York  14031
Telephone No. (716) 565-1100

TRAVIS EVANS
5187 Chestnut Road
Newfane, New York  14108

DOYLE PHILLIPS
2606 Wilson Cambria Road
Wilson, New York  14172

ROBERT HULL
3176 West Lake Road
Wilson, New York  14172

AGNES DIANE MUSCOREIL
3505 Wilson Cambria Road
Wilson, New York  14172

JOHN MOLEY
4573 Shadigee Road
Newfane, New York  14108

AGNES DIANE MUSCOREIL
As Voluntary Administrator of the Estate of James V. Muscoreil, Sr.
3505 Wilson Cambria Road
Wilson, New York  14172

MARK SCHMITKONS
2840 Beebe Road
Newfane, New York  14108

NAPIERSKI, VANDENBURGH, NAPIERSKI & O'CONNOR, L.L.P.
Shawn F. Brousseau, Esq., Of Counsel
*Co-counsel for Defendants Town of Wilson, NY, and Town of Wilson Zoning Board of Appeals*
296 Washington Avenue Extension, Suite 3
Albany, New York  12203
Telephone No. (518) 862-9292

2

Karen M. Stachowski

Sworn and subscribed to before
me on the 3rd day of November, 2025.

_____
Notary Public

JAMES B. FERRIS
No. 01FE6256995
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Mar. 5, 20__28

3