

Hon. Lawrence J. Vilardo  
United States District Judge  
Western District of New York  
Robert H. Jackson United States Courthouse  
2 Niagara Square  
Buffalo, New York  14202

November 21, 2025

Re: *The Haunted Forests LLC et ano. v. Town of Wilson, NY, et al.* (W.D.N.Y. Case No. 1:25-cv-01124-LJV)

Dear Judge Vilardo:

Together with Napierski, VanDenburgh, Napierski & O'Connor, L.L.P. (Shawn F. Brousseau, Esq., of counsel), we are counsel to the Defendants in the above-captioned action, which was commenced in New York State Supreme Court, Niagara County, on October 31, 2025, and subsequently removed to the United States District Court for the Western District of New York on November 3, 2025.

The earliest date of service of the Summons and Verified Complaint (the "Complaint") in this action upon any Defendant was Thursday, November 6, 2025.  Hence, pursuant to Federal Rules of Civil Procedure 6(a) and 12(a)(1)(A)(i), any Defendant served with the Summons and Complaint on Thursday, November 6, 2025, would be required to answer the Complaint on or before Friday, November 28, 2025, *viz.*, the first business day after 21 days after November 6, 2025.  Other Defendants' time to answer the Complaint would not run until sometime in early December, depending upon when they were served.

In order to facilitate a single response date applicable to all Defendants and sufficient time to prepare their response, Defendants respectfully request adjournment of their time to answer or otherwise respond to the Complaint through Friday, January 9, 2026.  Plaintiffs' counsel consented to this adjournment earlier today.  We appreciate the Court's consideration of this request.

ATTORNEYS AT LAW

CRAIG R. BUCKI, PARTNER   DIRECT 716 847 5495   CBUCKI@PHILLIPSLYTLE.COM

ONE CANALSIDE  125 MAIN STREET  BUFFALO, NEW YORK 14203-2887   PHONE 716 847 8400  FAX 716 852 6100

NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | CHICAGO, IL | WASHINGTON, DC | CANADA: WATERLOO REGION | PHILLIPSLYTLE.COM



Hon. Lawrence J. Vilardo                                         November 21, 2025
Page 2

Respectfully,

Phillips Lytle LLP

By  *[signature: Craig R. Bucki]*

Craig R. Bucki

CRBkms3

cc:  Justin J. Andreozzi, Esq. (via ECF and U.S. Mail)
     Shawn F. Brousseau, Esq. (via ECF)