

**A**

# Article VII **Board of Appeals**

### § 127-42 **Continuation of existing Board; appointments.**

The previously existing Board of Appeals is hereby continued in office, and its members shall continue to serve their appointed terms. Future appointments shall continue to be governed by § 267 of the Town Law.

### § 127-43 **Powers and duties.**

The Board of Appeals shall have all powers and duties prescribed by the Town Law and by this chapter, which powers and duties, as related to zoning, are summarized and more particularly specified in § 127-44 through 127-48.

### § 127-44 **Hearing; decision.**

The Board of Appeals shall hear and decide appeals where it is alleged that there is an error in any order, requirement, decision or determination made by an administrative official in the enforcement of this chapter or of any action pursuant to thereto.

### § 127-45 **Variance.**

The Board of Appeals shall hear any request for variance and may, in specific instances, grant such variance from the terms of the chapter as will not be contrary to the public interest where, owing to special conditions, a literal enforcement of the provisions of the chapter will result in unnecessary hardship and so that the spirit of the chapter shall be observed and substantial justice done. In granting any variance, the Board of Appeals shall prescribe any condition applying thereto that it may deem necessary or desirable. No variance from the strict application of any provision of this chapter shall be granted by the Board of Appeals unless it finds that:

A. There are special circumstances or conditions, fully described in the findings of the Board, applying to the land or building for which the variance is sought, which circumstances or conditions are peculiar to such land or buildings and do not apply generally to land or buildings in the neighborhood and have not resulted from any act of the applicant subsequent to the adoption of this chapter, whether in violation of the provisions hereof or not.

B. For reasons set forth in the findings of the Board, the aforesaid circumstances or conditions are such that the strict application of the provisions of this chapter would deprive the applicant of the reasonable use of such land or building and that the granting of the variance is necessary for the reasonable use of the land or building and that the variance, as granted by the Board, is the minimum variance that will accomplish this purpose.

C. The granting of the variance will be in harmony with the general purpose and intent of this chapter and will not be injurious to the neighborhood or otherwise detrimental to the public welfare.

### § 127-46 **Special permits.**

The Board of Appeals shall hear and decide any requests for a special permit as required by this chapter.

A. Findings required for all special permits. The Board of Appeals shall not grant a special permit unless and until it shall make the following findings:

(1) Consistent with purpose. The proposed special permit is consistent with the general purposes of this chapter and any additional statement of purpose applying to the particular request.

(2) Specific requirements met. All specific requirements relating to the special permit are complied with, including all provisions of § 127-23 relating to the special permit.

(3) Neighboring properties protected. The proposed action will not detract materially from the use or enjoyment of neighboring property.

(4) Traffic adequacy. The streets serving the use are adequate for the traffic generated by the use and that conditions of traffic will not be created that will adversely affect the neighborhood.

(5) Traffic safety. Adequate provision is made for the safety of motorists and pedestrians.

(6) Effect of utilities and services. The proposed change will have no adverse effect on the logical, efficient and economical provision of public services and utilities.

(7) Provisions for sanitary sewage and storm drainage. Adequate provisions are made for the treatment of sanitary sewage and the handling of storm runoff.

(8) Town appearance. The effect of the proposed change on the appearances of the Town will not be deleterious.

B.  Conditions to be imposed. The Board of Appeals, in granting any special permit, shall impose such conditions as it considers necessary to comply with the purposes and intent of the chapter, which conditions may include, but are not limited to, the harmonious design of buildings, installation and maintenance of fences or planting and prescribing hours or methods of operation. Such conditions shall be expressed in writing as an integral part of any special permit, and any special permit may be revoked if the conditions are not fully complied with.

C.  Time-limited permits.
[Amended 9-8-1998 by L.L. No. 5-1998]

(1) Where required by this chapter or deemed desirable by the Board of Appeals, a special permit shall be limited in time to permit periodic review in the light of the established character of the permitted operation and its effect upon the community and in view of changing conditions. Where maximum periods for such renewable permits are stated herein, the Board may require shorter, but not longer, periods. After 75% or such other percent as may be specified, of the permit time period has elapsed, an application for a renewal of the permit may be submitted. Such renewal shall be processed in a similar manner as new permits, with advertising a public bearing required. Prior to renewing such a permit, a member or representative of the Board shall inspect the site and report as to compliance with the general intent and specific requirements of the permit. Such report shall be entered in the record and given due consideration relative to the requested renewal.

(2) The Board of Appeals shall notify, in writing, each holder of a special permit in August of each year that, at a meeting in the following October, a hearing will be held to review each special permit as to compliance and to determine whether the permit will be continued until renewal. Public notice of the October meeting will be published in the official Town newspaper and posted in at least three public places.

(3) There shall be no fee for the annual review of a special permit for farm labor trailers or farm labor mobile homes.

(4) There shall be a fee of $75 for a renewal of a permit at the end of the term designated by the Zoning Board of Appeals, and there shall be a fee of $25 for the annual review of special permits.

☐  § 127-47 **Temporary permits.**

The Board of Appeals shall hear and decide any requests for a temporary permit as required by this chapter.

A.   Findings required for all temporary permits. The Board of Appeals shall not grant a temporary permit unless and until it shall make the following findings:

(1)   Consistent with purpose. The proposed temporary permit is consistent with the general purposes of this chapter and any additional statement of purpose applying to the particular request.

(2)   Specific requirements met. All specific requirements relating to the temporary permit are complied with, including all provisions of § 127-24 relating to the temporary permit.

(3)   Neighboring properties protected. The proposed action will not detract materially from the use or enjoyment of neighboring property.

(4)   Traffic adequacy. The streets serving the use are adequate for the traffic generated by the use and that conditions of traffic will not be created that will adversely affect the neighborhood.

(5)   Traffic safety. Adequate provision is made for the safety of motorists and pedestrians.

(6)   Effect of utilities and services. The proposed change will have no adverse effect on the logical, efficient and economical provision of public services and utilities.

(7)   Provisions for sanitary sewage and storm drainage. Adequate provisions are made for the treatment of sanitary sewage and the handling of storm runoff.

(8)   Town appearance. The effect of the proposed change on the appearance of the Town will not be deleterious.

B.   Conditions to be imposed. The Board of Appeals, in granting any temporary permit, shall impose such conditions as it considers necessary to comply with the purposes and intent of the chapter, which conditions may include, but are not limited to, the harmonious design of buildings, installation and maintenance of fences or planting and prescribing hours or methods of operation. Such conditions shall be expressed in writing as an integral part of any temporary permit, and any permit may be revoked if the conditions are not fully complied with.


☐  § 127-48 **Application and appeal procedures.**

A.   Application.

(1)   Interpretation. An appeal for interpretation of the decision of the Zoning/Code Enforcement Officer may be taken by an aggrieved person or by any Town officer affected in his duties by the decision. Such appeal shall be taken within 30 days of the decision by filing with the officer from whom the appeal is taken and with the Board of Appeals a notice of appeal specifying the grounds thereof. The officer from whom the appeal is taken shall forthwith transmit to the Board all papers relating to the appeal.

(2)   Variance. An appeal for a variance may be taken by a person qualified to receive a building or occupancy permit after denial of a permit by the Zoning/Code Enforcement Officer. The Planning Board must submit to the Board of Appeals, an advisory opinion on any application for a variance, which opinion shall be read in full at the hearing and be made part of the record.
[Amended at time of adoption of Code (see Ch. 1, General Provisions, Art. I)]

(3)   Special permit An application for a special permit is not an appeal and may be made directly to the Board of Appeals. The Planning Board must submit to the Board of Appeals,

an opinion on any application for a special permit, which opinion shall be read in full at the hearing and be made part of the record.
[Amended at time of adoption of Code (see Ch. 1, General Provisions, Art. I)]

    (4) Temporary permit. An application for a temporary permit is not an appeal and may be made directly to the Board of Appeals.

**B.** Form of application. All appeals and applications made to the Board of Appeals shall be in writing on forms approved by the Board, and each appeal or application shall fully set forth the circumstances of the case. Every appeal or application shall refer to the specified provision of the chapter involved and shall exactly set forth, as the case may be, the following:

    (1) The interpretation that is claimed.

    (2) The details of the variance that is applied for and the grounds on which it is claimed that the same should be granted.

    (3) The use or change in requirements for which the exception is sought.

**C.** Fees. Appeals and applications requiring public notices shall be accompanied by a fee to be determined from time to time by appropriate resolution of the Town Board.

**D.** Public notice. The Board of Appeals shall fix a time and a place of a public hearing on each application and shall give notice thereof as follows:

    (1) By advertising once, at least one week before said hearing, in a newspaper of general circulation in the Town.

    (2) By notifying the parties in interest by registered mail one week before the hearing.

    (3) By notifying any Town citizen or group of citizens who may have registered their names and addresses for this purpose with the Board.

**E.** Notification of Planning Board. At least 10 days before the date of the hearing required by law on an application or appeal to the Board of Appeals, and at least 10 days prior to the regular monthly meeting of the Planning Board, the applicant shall file with the Secretary of the Planning Board a copy of said application or appeal, together with a copy of the notice of the aforesaid hearing.
[Amended at time of adoption of Code (see Ch. 1, General Provisions, Art. I)]

**F.** Hearings. The hearings of the Board shall be held at the call of the Chairman. The Chairman, or in his absence the Acting Chairman, may administer oaths and compel the attendance of witnesses. All meetings of the Board shall be open to the public. The Board shall keep minutes of its proceedings, showing a vote of each member on every question, and shall keep records of its examination and other official actions which shall be filed with the Town Clerk and shall be a public record.

**G.** Decisions. Every decision of the Zoning Board of Appeals shall be by resolution and shall be recorded on standard forms, together with the vote of each member and any conditions attached to an approval. In all matters, the Board of Appeals shall give full weight and recognition to any opinion thereon submitted by the Planning Board.

**H.** Records. Decisions shall be numbered serially, and a serial index shall be kept of all actions. The original copy of the decision shall be filed, together with all supporting documentation, by street address in the office of the Town Clerk.

**I.** Certificates of the Zoning Board of Appeals. It shall be the duty of the Board to issue to the applicant a certificate in any case wherein a special permit or variance is granted, and the Zoning/Code Enforcement Officer shall issue required permits in accordance with such certificate. The Zoning Board of Appeals may cancel or revoke any such certificate for any violation of this chapter or of conditions imposed. In the event of a cancellation or revocation of a certificate, the Zoning Board of Appeals will immediately notify the owner of the property in

question and the Zoning/Code Enforcement Officer so that the latter may take appropriate action.

## § 127-49 Expiration of special permits and variances.

Unless otherwise specified by the Zoning Board of Appeals, a special permit or variance shall expire if the applicant fails to obtain a building permit or a use and occupancy permit, as the case may be, within six months from the date of authorization thereof.