# B

Town of Wilson, NY

### § 127-11. Rural Residential 200 District.

A.  Purpose. The general purpose of this district is to promote agricultural activities and a rural atmosphere. This includes family-oriented facilities, such as places of worship or learning and recreational or other activities requiring open space.

B.  The following are permitted uses, subject to the issuance of a building permit and/or certificate of occupancy, subject to the conditions stated in the Zoning Schedule[1] and herein:

   (1)  A farm, subject to the following conditions:

      (a)  No building in which farm animals or poultry are kept shall be located within 100 feet of any lot line.

      (b)  There shall be no storage or piling of manure within 200 feet of any adjoining residence or within 100 feet of any lot line.

      (c)  No swine shall be kept within 500 feet of any adjoining residence or within 200 feet of any lot line.

      (d)  No farm equipment and/or supplies shall be kept within 100 feet of any lot line unless in an accessory building, subject to applicable regulations.

   (2)  A dwelling for not more than two families.

   (3)  A church, temple, synagogue or similar place of religious worship or use.

   (4)  A nursery, elementary, secondary or vocational school, approved by the State of New York, subject to the following conditions:

      (a)  A nursery school, provided that a fenced area is provided for outdoor activities.

      (b)  An elementary school.

      (c)  A secondary or vocational school.

   (5)  A nursing home, retirement home, senior citizen home or similar place.

   (6)  A cemetery.

   (7)  Town buildings or Town storage areas.

   (8)  A public park or recreational area.

C.  The following are permitted accessory uses, if applicable to the use, subject to the conditions stated herein and in § 127-25:

   (1)  Signs.

   (2)  Pools.

   (3)  Fences.

---

1.  Editor's Note: The Zoning Schedule is included as an attachment to this chapter.

Downloaded from https://ecode360.com/WI0515 on 2026-01-09

  (4) Parking.

  (5) Farm operations, except farm ponds.

  (6) Tool, garden or greenhouse.

  (7) Storage.

  (8) TV/satellite antenna.

  (9) Home occupations or professions, as cited in § 127-26A.[2]

  (10) A private stable on a residential lot of not less than five acres.

  (11) A labor camp for seasonal farm labor, constructed to state regulations and approved by the appropriate agencies, for farm labor employed on a farm of not less than 80 acres.

D. The following are permitted special uses, subject to the issuance of a special use permit in accordance with § 127-46, and a building permit and/or certificate of occupancy, subject to the conditions stated in the Zoning Schedule[3] and herein:

  (1) A fur farm, industrialized dairy or poultry farm, pig farm or farm of similar nature.

  (2) A dog kennel or veterinary clinic, certified by the County Society for the Prevention of Cruelty to Animals. A minimum separation of at least 200 feet to the nearest resident must be maintained. A sound barrier may be required.

  (3) A commercial or livery stable.

  (4) A vegetable/fruit market or stand for commercial operations with produce from on- or off-premises, along with miscellaneous related products, offered for sale. Adequate parking must be provided.

  (5) A nursery, florist or greenhouse for commercial operations, with produce from on or off the premises, along with miscellaneous related products, offered for sale. Adequate parking must be provided.

  (6) A day or overnight camp or public or private club or group facilities. Prior approval by the County Health Department of potable water supply and sanitary facilities shall be obtained. The activities and functions shall be specified, along with the maximum number of persons to be accommodated at the site at any one time. Greenbelts shall be provided as specified, along with visual screens and fencing to provide privacy and confinement of activities and functions. Sufficient parking shall be provided. Occupancy of the site by minors without a responsible adult shall be prohibited.

  (7) A trailer/tent campground. A site plan shall be provided showing all proposed individual tent or trailer sites (indicated as a square or circle in which each tent or trailer is to be located). Prior approval by the County Health Department of proposed potable water

---

2. Editor's Note: Former § 127-11C(10), regarding the keeping of not more than three nontransient boarders, which immediately followed this subsection, was repealed at time of adoption of Code (see Ch. 1, General Provisions, Art. I).

3. Editor's Note: The Zoning Schedule is included as an attachment to this chapter.

Downloaded from https://ecode360.com/WI0515 on 2026-01-09

supply and sanitary facilities shall be obtained. Campsites shall be adequately separated to provide privacy. Greenbelts shall be provided as specified, along with visual screens and fencing to provide privacy and confinement of activities and functions. Driveways shall be designed for safety and privacy of the campsites. Operating standards shall be provided which, among other requirements, shall provide that the camp be operated in & neat, safe and sanitary manner; that garbage be collected and removed daily; that parking areas be kept reasonably free of dust; that a suitable registry of guests be maintained; that the seasonal character of the use be maintained; and that the grounds be cleared of all camping equipment not part of the approved plans during the off-season.

(8) A golf course. The greenbelt cannot include fairways and/or putting greens. Prior approval by the County Health Department of potable water supply and sanitary facilities shall be obtained. Sufficient parking must be provided. Operating standards shall be provided which, among other requirements, shall provide that the golf course be operated in a neat and sanitary manner; that garbage be collected and removed daily; that parking areas be kept reasonably free of dust; that a suitable registry of guests be maintained; that the seasonal character of the use be maintained; and that the grounds be cleared of all golfing equipment not part of the approved plans during the off-season.

(9) Home occupations/services/lodging, as defined in § 127-26B and C, provided that all requirements are met as specified in this chapter.

(10) A recreational pond for private use, provided that the site is documented by the appropriate County, state and federal agencies as being acceptably designed and built and that the pond will not adversely affect adjacent properties with regard to water supply, drainage and flooding. The location and size of the pond must be accurately determined and is subject to approval by the Zoning Board of Appeals.

(11) A farm pond for farm operations, provided that the site is documented by the appropriate County, state and federal agencies as being acceptably designed and built and that the pond will not adversely affect adjacent properties with regard to water supply, drainage and flooding. The location and size of the pond must be accurately determined and is subject to approval by the Zoning Board of Appeals.

(12) Continuation of existing mobile home parks in strict accordance with the provisions of § 127-37.1 of the Code of the Town of Wilson. Prior approval by the County Health Department of potable water supply and sanitary facilities shall be obtained.

(13) Specific special uses cited in § 127-23, if approved by the Town Board as specified.

(14) Agricultural tourism related activities. On-farm recreational activities such as hayrides, petting zoo, harvest festivals, and cornfield mazes that contribute to the production and marketing of crops, livestock or livestock products. **[Added 7-21-2021 by L.L. No. 4-2021]**

(15) Motels, cottages, tourist homes, and all other uses not otherwise covered in § 1027-37.2. Property requirements as follows. **[Added at time of adoption of Code (see Ch. 1, General Provisions, Art. I)]**

(a) The property must comply and meet all current NYS uniform building codes.

Downloaded from https://ecode360.com/WI0515 on 2026-01-09

There shall be one working smoke detector in each sleeping room and one additional smoke detector on each floor. Carbon monoxide detectors shall be installed as required by the New York State Uniform Fire Prevention and Building Code.

(b)  Evacuation procedures must be posted in each sleeping room to be followed in the event of a fire or smoke condition or upon activation of a fire or smoke defector or other alarm device.

(c)  There shall be an ABC fire extinguisher on each floor and in the kitchen. Fire extinguishers shall be inspected prior to a renter occupying the property and no less than monthly by the permit holder(s) to ensure each contains a full charge. An annual inspection should be by a licensed agency and along with the monthly inspection should be recorded on the attached tag by the owner and/or owner's authorized agent. A record of the inspections initialed by the permit holder shall be maintained and made available to the Zoning/Code Enforcement Officer upon request.

(d)  The house number shall be located both at the road and on the dwelling unit so that the house number is clearly visible from both the road and the driveway. Requirements shall follow those of the Residential Code of NYS.

(e)  Exterior doors shall be operational and all passageways to exterior doors shall be clear and unobstructed.

(f)  The electrical system panel and branch circuits should be inspected by a licensed electrical inspector with a certificate of compliance issued and displayed on the panel at the time of application. Electrical systems shall be maintained in good operating condition, labeled, unobstructed and shall be visible for the Zoning/Code Enforcement Officer during the permitting and renewal process. Any defects found shall be corrected prior to permit issuance.

(g)  All fireplaces shall comply with all applicable laws and regulations.

(h)  The property must have a minimum of one off-road parking space for every two permitted occupants. Parking facilities shall be shown on the site plan included with the application.

(i)  Maximum occupancy shall not exceed two people per NYS Building Code compliant bedroom shown on the floor plan included with the application and two people maximum per full-size convertible sleeping accommodation furniture (i.e., futon, hide-a-bed) also identified on the floor plan. A max of one such convertible sleeping accommodation is allowed per property. The maximum occupancy of these rental units shall not exceed 12 people, including permanent residents and renters.

(j)  In the event that the property has a septic system, the maximum occupancy shall be defined by the capabilities of the septic system, but in no event shall overnight occupancy for any rental unit exceed 12 people total.

Downloaded from https://ecode360.com/WI0515 on 2026-01-09

(k)  A septic system at the property must meet all state and County requirements, including minimum capacities to meet the permitted occupant load.

(l)  The septic system must have been pumped within the past four years and proof of pumping and satisfactory inspection by a qualified septic disposal firm shall be available to the Zoning/Code Enforcement Officer. Once a short-term rental permit is issued, the septic system must be pumped at least once every four years.

(m)  The water supply to the property must meet all state and County requirements.

(n)  Signs must be in accordance with § 127-37 of this Town Code and may require an additional permit approval.

(o)  A sign no larger than 8.5 inches by 11 inches shall be installed in a weatherproof enclosure outside of the main door with emergency contact information/phone numbers for the property owner as well as the primary and secondary alternate agents.

(p)  Insurance standards. All applicants and permit holders must provide evidence of property insurance and a certificate of liability insurance indicating the premises is rated as a rental property and maintain such insurance throughout the term of the permit. Minimum general liability coverage for any rental property shall be $1,000,000.

(q)  Provisions shall be made for weekly garbage removal during rental periods in conformance with Town of Wilson standard agreement for residential properties. Garbage containers shall be secured with tight-fitting covers at all times to prevent leakage, spilling or odors, and placed where they are not clearly visible from the road except at approximate pickup time. Containers shall be replaced in the approved storage area within 24 hours of the collection time. Garbage generated in excess of the Town's standard shall be removed from the property by the owner or the renter.

E.  The following are permitted temporary uses, subject to the issuance of a temporary use permit in accordance with § 127-47, subject to the conditions stated in § 127-24 and herein:

(1)  Contractor's shed/trailer.

(2)  Fair/carnival.

(3)  Special event.

(4)  Roadside stand.

(5)  Mobile home for farm labor.

(6)  Mobile home during construction.

(7)  Parking.

(8)  Signs.

Downloaded from https://ecode360.com/WI0515 on 2026-01-09

    (9)   Fences. **[Added at time of adoption of Code (see Ch. 1, General Provisions, Art. I)]**

Downloaded from https://ecode360.com/WI0515 on 2026-01-09