# C

# TOWN OF WILSON

*375 Lake St, PO Box 537*
*Wilson, New York 14172*
*www.wilsonnewyork.com*



*Planning Board Chairman*
*Dave Schultz*
*Zoning Board Chairman*
*John Sinclair*
*Phone (716) 751-6705*

### NOTICE OF PUBLIC HEARING
### TOWN OF WILSON
### ZONING BOARD OF APPEALS

PLEASE TAKE NOTICE that the Town of Wilson Zoning Board of Appeals will conduct public hearings on March 22, 2021 at 7:00 p.m. at the Wilson Town Hall, 375 Lake Street, Wilson NY to consider the following:

**Special Use Permit** – Mr. Cory Quinn of 2874 Delaware Avenue, Kenmore, New York 14217 is requesting a Special Use Permit to operate "The Haunted Forests, LLC" at 2860 Beebe Road, Wilson, NY 14172 in order to operate hay rides, haunted barn, farmers market and a corn maze.

Masks and social distancing will be required.

BY ORDER OF THE ZONING BOARD OF APPEALS
John Sinclair, Chairman
Phyllis Morgante, Clerk

HF-0040