# D

Town of Wilson *Zoning Board of Appeal March 22, 2021*                                    Page - 1

## TOWN OF WILSON **ZONING BOARD OF APPEALS**
MONDAY, March 22, 2021

Zoning Board of Appeals meeting was called to order at the Wilson Town Hall at 7:00 pm by John Sinclair, Chairman.                                    .

**Members Present for the meeting:**  John Sinclair, John Moley, Brian Peck, Robin Mignella, Tony Evans, Thomas Hood, Phyllis Morgante (Clerk)

| **Others Present:** | Dave Warsocki | |
|---|---|---|
| | Brian Tierney | 4851 Shadigee Road |
| | Ann & Issac Stemson | 2826 Beebe Road |
| | Paul & Sara Hermann | 2854 Beebe Road |
| | Brandon & Tara Darnell | 2869 Beebe Road |
| | Mark Schmithons | 2840 Beebe Road |
| | Cory & Amanda Quinn | 2860 Beebe Road |
| | Joseph & Rebecca Grenga | 2915 Beebe Road |
| | Rudy King | 2898 Beebe Road |
| | Justice Baron | 2874 Beebe Road |
| | Rich Johnson | 4850 Wilson – Burt Road |
| | Chivonne Barnum | 2874 Beebe Road |
| | Michelle Avery | 4139 Chestnut Road |
| | Christine Palermo | 3473 Beebe Road |
| | Jennifer Kopp | 4881 Nelson Road |
| | Kerry | 2943 W. Lake Road |

Chairman Sinclair welcomed all to the meeting and led in the Pledge of Allegiance.

Minutes of the last meeting were reviewed and  approved.

**MOTION TO APPROVE:  1ˢᵗ – Brian Peck; 2ⁿᵈ – Tony Evans**

**MOTION CARRIED BY ALL**

**Special Use Permit –**

1.      Mr. Cory Quinn of 2874 Delaware Avenue, Kenmore, New York  14217 is requesting a Special Use Permit to operate "The Haunted Forests, LLC"  at 2860 Beebe Road, Wilson, NY 14172 in order to operate hay rides, haunted barn, farmers market and a corn maze.  This would be for one year only.

**ACTION:**    Chairman Sinclair welcomed all t the meeting and asked Mr. Quinn to speak about his proposed project.  He is proposing to put together a venue with hayrides, small haunted barn, and a Farmers Market with local vendors and farmers.  It would run from early September thru November on weekends.  There would be family hours for children on Saturday and Sunday which would have tamed events in the haunted barn.  The tentative hours would be from noon until 4:00 PM for children and on

Thursday 5 – 9 and Saturday and Sunday from 5-11 for adults.  Tickets for the hayride and haunted barn would be pre-ordered online to minimize excessive crowds.  Mr. Quinn did bring up the fact that he believes Erway Farms does something similar with sleigh rides in the winter, but Brian Peck advised that this was no longer occurring.

Mr. Quinn also explained that the Haunted Barn would have one line entering and one exiting to keep social distancing guidelines.  All lighting would be low level and directed into the area, not to the road.  He would be installing fencing around the Farmers Markets and would have several trash receptacles in the area.  He has already spoken to Modern Disposal about a commercial dumpster, when questioned by Mr. Moley about the garbage.

Brian Peck asked if there was a map of the trail the hayride would be on and how close it would be to the trail being used.  The trail is on the southside of the property within 30', but it is all woods.  Mr. Quinn also stated that he had contacted Dennis at the firehall  to put someone on standyby if needed.  Brian Peck asked what was on the property.  Cory stated there were 4 horses and the barn and the horses use the same trail as the  hayride.

Tony Evans asked how many staff would be hired.  Cory replied that at least 30 actors would be hired.  Tony also questioned if the hayride trailers were enclosed.  Mr. Quinn explained that they are similar to buses, but the sides go about shoulder height.  He also stated that the barn is in good shape and he has been taking direction from the Town of Wilson Building Inspector to be sure it is in compliance and putting in what is needed to meet all building codes.  He will also have all insurances in place.

At this time, Chairman Sinclair opened the meeting to a Public Forum to allow those in attendance to speak.

Mark Schmithins of 2840 Beebe Road stated he was a retired small business owner specializing in communications.  He stated that there was no civil engineering done to the property. Wanted to know what happens in the evening if someone gets drunk and wanders into his pond. Is he liable? He also brought up the fact that the barn is a wooden structure and recently 15 students died in a barn fire.  Chairman Sinclair asked if he had anything specific to say and he replied, Fire,

Chiovvone Barnum of 2854 Beebe Road spoke explaining that the barn was 25' from her house and the noise is not acceptable. The idea seems good but is concerned about the noise and privacy, traffic and reduction in the property value.  She also stated that horse manure from the barn poisoned their well.

Ann Stimson of 2826 Beebe Road stated that Beebe Road is always busy and would only have more noise and traffic.

Michelle Avery of 4139 Chestnut Road stated that this is a residential location and has concerns about safety and privacy. (Letters that she left with the Clerk are attached to these Minutes).

Rich Johnson of 4850 Wilson – Burt Road  stated there would be no quality of life with all of the people, noise lighting and pollution that would be involved.

Sara Hermann of 2854 Beebe Road read the town noise ordinance. She stated this event will cause her family to stop enjoying their home. The parking lot that is being proposed would have 125 – 400 cars

causing a serious noise issue as there are no natural barriers to detract from the sound.  Neighbors have small children and these attractions will be upsetting to them. Also these events bring in transient people from other areas relating into disorderly conduct. ( Mrs. Hermann left photos and literature with the clerk which are attached to these meeting minutes.)

Paul Hermann of 2854 Beebe Road stated that the corn maze should  not to be in residential areas.  The website listing for the Haunted Forests is not family friendly which would cause children to have nightmares.

Brian Tierney of 4851 Shadigee Road stated that he is worried about the liability on his property as he has a pond in the back area.

Brandon Darnell of 2869 Beebe Road turned in petitions from various neighbors . He is worried about sexual predators and child molesters which are out and about in the fall.  He is also concerned about his children seeing scary characters outside causing them harm.

Joe Grenga of 2915 Beebe Road stated that he lives southeast of the property and goes to bed at 8:00 PM every day.  He needs 6 – 7 hours of sleep and sound travels loudly in the country which would cause him to loose his sleep.

At this point, Chairman Sinclair read the Zoning regulations regarding RR200, as well as Special Use Permit allowances.  He also stated there are Special Use Permits that may go before the Town of Wilson Town Board.  Chairman Sinclair stated that after reading the Codes and Ordinances, as well as conferring with our Town Attorney, he does not see how this can be done.

Kyle Andrews, Town Attorney stated there were few exceptions allowed and this does not come close to our Code.  He suggested that the applicant file for either a Use Variance or apply to the Town Board to make a change to the Zoning Laws as this application cannot be acted on.

Mr. Quinn stated he will submit either a Use Variance or apply to the Town Board for a change in the code.

Chairman Sinclair stated that as the Board could not proceed in this matter he would like a motion to adjourn.

**MOTION TO DENY THE APPLICATION :**

1st – Robin Mignella; 2nd – Brian Peck

**MOTION CARRIED BY ALL**

Town of Wilson *__Zoning Board of Appeal March 22, 2021__*                                Page - 4

**Motion** made to adjourn the meeting at 8:30   P.M.

**1ˢᵗ –**    Thomas Hood; 2ⁿᵈ – John Moley

**Motion unanimously carried.**

**Next Meeting:** The next Zoning Board Meeting is scheduled for **Monday,  April 26 2021** at 7:00 P.M.

Respectfully Submitted
Phyllis Morgante, Planning/Zoning Board Clerk

DUANE REIMERS

| Name | Address | Phone | Signature |
|---|---|---|---|
| Duane E. Reimers | 3272 Cambria-Wilson Rd | 716-751-0109 | |
| Susan Reimers | 3272 Cambria Wilson Rd. | (716) 751-0109 | Susan Reimers |
| Marla Reimers | 3282 Wilson-Cambria Rd | (716) 751-3644 | Marla Reimers |
| Kevin E. Reimers | 3282 Wilson/Cambria Rd | 716 751-3644 | K E Reimers |
| Isaac Stimson | 2826 Beebe Rd Wilson, NY 14108 | 716 7519749 | Isaac |
| Anne Stimson | 2826 Beebe Rd. Lancaster, N.Y. 14108 | 716-7519744 | Ann |
| Richard Clouser jr | 2819 Beebe Rd | | 716 534-1238 |
| Susan Chambers | 2810 Beebe Rd | | 716 622-8218 |
| Donna Powell Kathy Cow | | 716 751 6411 |
| Joseph M Naughty | 2200 Beebe Rd | 751-8187 | Joe Naughty |
| Joanne Condron | 2620 Beebe | 757-6509 | |
| Conrad Jack Brzezinski | 2620 Beebe | 751-6509 | Conrad Jack Brzezinski |
| William T. West | 5158 Ide Rd | 751-6543 | |
| Donna J. West | 5158 Ide Rd | 751-6543 | |
| Rich Johnson | 4850 Wilson Burt | 751-6339 | |
| Paul DiMarco | 2790 Beebe Rd | 716 5533616 | Paul DiMarco |
| Nathan Wass | 4335 Nelson Rd | 716 220 1500 | Nathan Wass |
| Christa Schumpf | 4331 Nelson Rd | 716 812-2755 | Christa Schumpf |
| Scott Schimpf | 4331 Nelson Rd. | 716 983-6118 | Scott Schimpf |
| Elizabeth Barnum | 2900 Maple Rd | 716-807-5965 | Elizn Barnum |
| Nathan Barnum | 2900 Maple Rd | 716-807-5965 | Elizn Barnum |
| Tara Johnson | 4850 Wilson-Burt Rd | 716-946-8204 | Tara Johnson |
| Sara Herrmann | 2854 Beebe Rd | 574-5818 | Sara Herr |
| Kelly Varallo | 3037 W. Lake Rd. | 531-5819 | Kelly Varallo |
| Mark Varallo | 3037 W. Lake Rd. | 531-5818 | M. Varallo MD |
| Paul Herrmann | 2854 Beebe Rd | 716 984-3762 | Paul |
| Kara Kropp | 4103 Willow Rd | 716-757-2191 | Kara D. Kropp |
| Timothy Kropp | 4105 Willow Rd | 716-751-2191 | |
| Christina Palermo | 3473 Beebe Rd | (716)-213 3465 | C Palermo |
| Kerry Atlas | 2943 W. Lake Rd | (716) 243-6250 | Kar. |
| William Atlas | 2943 W. Lake Rd | 243-6250 | |
| Michelle Avery | 4139 Chestnut Rd. Wilson | 946-5712 | Michelle Avery |
| Jennifer Kopp | 4881 Nelson Rd. | 628-7903 | Jennifer Kopp |
| Mike Kopp II | 4881 Nelson Rd. | 628-7903 | |
| David Avery | 4139 Chestnut Rd. | 9465712 | |

| Name | Address | Phone | Signature |
|------|---------|-------|-----------|
| JUDITH DIER | 4901 SHADIGEE RD | 751-9424 | *(signature)* |
| ARNOLD F. DIER, JR | 4901 SHADIGEE RD | 751-9424 | *(signature)* |
| Thomas Dunmire | 4861 Shadigee RD | 480-734-8965 | *(signature)* |
| BRIAN TIERNEY | 4851 SHADIGEE RD | 751-9830 | *(signature)* |
| Karen Tierney | 4851 Shadigee Rd | 751-9830 | *(signature)* |
| DAVID KELLY | 4841 Shadigee rd | 7516909 | *(signature)* |
| Korey Kelly | 4841 Shadigee rd | 7516909 | *(signature)* |
| Nick Moley | 4535 Shadigee rd | 574-0494 | *(signature)* |
| alis Edgill | 4490 Chestnut rd | 910 625-8652 | *(signature)* |
| Rebecca Grenga | 2915 Beebe Rd | 628-0591 | *(signature)* |
| Joe Grenga | 2915 Beebe Rd | 807-5644 | *(signature)* |
| DANIEL KING | 2898 BEEBE RD | 716-628-3512 | *(signature)* |
| Judy King | 2898 Bebe Rd | 716 597-8628 | *(signature)* |
| Krystal Dunmire | 4861 Shadigee RD | 716-946-7589 | *(signature)* |
| Kelly Moore | 4767 Shadigee Rd | 716-425-1963 | *(signature)* |
| Michael Armitage | 4920 shadigee Rd | 716-512-8419 | *(signature)* |
| Connie Armitage | 4920 Shadigee Rd. | 716-392-3699 | *(signature)* |
| Justica Barnum | 2874 Beebe Rd. | 716-997-6854 | *(signature)* |
| Chivonne Barnum | 2874 Beebe Rd. | 716-997-6854 | *(signature)* |
| Debbie Schmittans | 2840 Beebe Rd | 716-751-6611 | *(signature)* |
| Mark Schmittans | 2840 Bee Rd. | 716-751-6611 | *(signature)* |

| Name | Address | Phone | Signature |
|------|---------|-------|-----------|
| Jerry Moore | 2310 Beebe Rd | 954-3224 | Jerry Moore |
| Jennifer Moore | 2310 Beebe | 907-2422 | Jennifer Moore |
| Jonathan Moore | 2310 Beebe Rd. | 870-5047 | Jonathan Moore |
| Derrick Smith | 2457 beebe Rd | 751-6262 | Derrick Smith |
| Dennis Smith | 2457 beebe Rd | 751-6262 | Dennis Smith |
| Lisa Smith | 2457 Beebe Rd | 751-6262 | Lisa Smith |
| Vicki Murray | 3006 Beebe Rd | 425-0650 | Vicki Murray |
| Catherine A Ellis | 3754 Beebe Rd. | — | Catherine A. Ellis |
| Dina Ellis | 3754 Beebe Rd. | | Dina Ellis |

Brandon and Tara Darnell
2869 Beebe Road, Newfane, NY 14108

March 22, 2021

Town of Wilson
Zoning Board of Appeals
John Sinclair, Chairman
375 Lake St. PO Box 537
Wilson, NY 14172

Dear Board Members,
We are writing to you in opposition of the proposed Special Use Permit for "The Haunted Forests, LLC", located directly across the street from our home. Our concerns, listed in bold, align with several findings from the Town of Wilson Code Book. These concerns are as follows;

Chapter 127. Zoning
Article VII. Board of Appeals
§ 127-46. Special Permits.
    A.     Findings required for all special permits. The Board of Appeals shall not grant a special permit unless and until it shall make the following findings:
(3) Neighboring properties protected. The proposed action will not detract materially from the use or enjoyment of neighboring property.
- **The safety of our children. Having a business, flooded with strangers, in extremely close proximity to our home (sex offenders/sex trafficking).**
- **The mental well-being of our children - hearing screaming/haunting noises until 10-11pm. Seeing "live actors" moving about the property, out of their bedroom windows.**
- **Illuminated Parking lot until at least 11pm - directly in front of our children's bedrooms. Can't go outside in the evening, can't open our windows**
- **Noise generated from the business - screaming/scaring/music/traffic/etc.**
- **Decreased property value**
(4) Traffic adequacy. The streets serving the use are adequate for the traffic generated by the use and that conditions of traffic will not be created that will adversely affect the neighborhood.
- **114 Space parking lot, with a potential 1-1.5 hour turnaround time, could potentially bring in roughly 800 cars per day.**
- **On the Environmental Assessment Form - completed by Cory Quinn, Section 8, Subsection "a" was not completed "Will the proposed action result in a substantial increase in traffic above present levels". The answer to this question is YES.**
(5) Traffic safety. Adequate provision is made for the safety of motorists and pedestrians.
- **Beebe Road is a county road with a speed limit of 55mph (which is rarely obeyed). This is a huge safety concern for both neighbors and pedestrians.**
- **The parking lot is in close proximity to the road**
- **What will overflow parking look like?**
- **A mud covered roadway produced from a muddy parking lot**
(7) Provisions for sanitary sewage and storm drainage. Adequate provisions are made for the treatment of sanitary sewage and the handling of storm runoff.
- **Current occupants of 2860 Beebe Road refuse to comply with current code 127-11, Section 1, subsection b, regarding the storage or piling of manure. If they can't comply with this, how are they going to comply with sanitary sewage regulations for an operational business?**

**Brandon and Tara Darnell**
**2869 Beebe Road, Newfane, NY 14108**

Chapter 94. Noise

§ 94-1 Declaration of Policy

A.    It is hereby declared to be the public policy of the Town of Wilson, Niagara County, New York, to reduce the ambient noise level in the Town so as to preserve, protect and promote the public health, safety and welfare, and the peace and quiet of the inhabitants of the Town, prevent injury to human, plant and animal life and property, foster the convenience and comfort of its inhabitants, and facilitate the enjoyment of the natural attractions of the Town.  It is the public policy of the Town that every person is entitled to ambient noise levels that are not detrimental to life, health and enjoyment of his or her property. It is hereby declared that the making, creation or maintenance of excessive and unreasonable noises within the Town affects and is a menace to public health, comfort, convenience, safety, welfare and the prosperity of the people of the Town. For the purposes of controlling and reducing such noises, it is hereby declared to be the policy of the Town to set the unreasonable noise standards and decibel levels contained herein and to consolidate its noise control legislation into this chapter. The necessity for legislation by enactment of the provisions of this chapter is hereby declared as a matter of legislative determination.

- **The noise generated from this business has the potential to bring our children emotional trauma and mental anguish.**
- **Our children cannot go to bed in peace.**
- **Our family cannot enjoy our own yard.**
- **There are studies that have proven that children having exposure to frightening environment(s) can have adverse psychological effects lasting into their adult lives.**

Code Violations of current property owners of 2860 Beebe Road:

1. Storage and piling of manure within 100 feet of property line.
- At neighbors' request, owners have not moved the manure pile to comply
   - **Violation of code Chapter 127-11, Section 1, Subsection b**
2.    Storage of unlicensed or unregistered motor vehicle
- Current owner has had a broken down, unregistered/unlicensed RV on the property for several years.
   - **Violation of code Chapter 102-3, Section A**

Public Safety Concerns

- Please see the attached information regarding the National Fire Protection Association (NFPA) and International Building Codes (IBC) requirements for classifying and protecting haunted houses with appropriate fire safety systems.

We kindly request your consideration in rejecting the Special Use Permit for "The Haunted Forests, LLC" based on our findings.  Thank you for your attention to this matter.

Sincerely,

Brandon Darnell
2869 Beebe Rd
716-523-6533

Tara Darnell
2869 Beebe Rd
716-946-1374

March 22, 2021

To Whom It May Concern,

The purpose of this letter it to express my opinion, as a resident of Wilson, in regard to the proposed Haunted Forests, LLC. Upon review of the proposal, while I am a supporter of bringing small business to our town, I vehemently oppose the location that has been proposed. This lot of land is immediately between two family homes, both of which have small children. The lot upon which the business would inhabit, is far too narrow to adequately sustain this type of interactive event. Not to mention, the residential homes are both within 50 feet of the property line. The type of activities that have been proposed, are exceptionally inappropriate for the residential children that will be within close proximity at all times of the proposed event. The event will garner both sights and sounds that would be detrimental to the health and wellbeing of these children, and also preclude the residents from enjoying their personal property.

Should you need anything further, please do not hesitate to contact me at (716) 812-2755 or cmiosi@buffaloschools.edu.

Thank you for your time and attention to this matter.

Take Care,

Christa Schimpf

March 22, 2021

To Whom It May Concern,

I would like to submit this letter as my formal opposition to the special use permit that has been requested for the Haunted Forest to the Wilson town board. As a proud resident of Wilson, I enjoy the family atmosphere that our town personifies, and the safety that brings to us. I feel that this proposal, is severely misplaced in location. If this were to be proposed on a lot of land that was in an area far removed from other residents, it would be far more appropriate. However, this location is very residential, with family homes surrounding the area. It is without question, that the approval of this would impact the surrounding families, and prevent them from enjoying their personal property, which we all deserve.

Thank you for your consideration.


Sincerely,

Scott Schimpf

Kerry Atlas

2943 W Lake Road

Wilson, NY 14172

Cell – 716.243.6250

I am Kerry Atlas. In my professional life, I am the VP of Finance and Operations for NetPlus Alliance in Lockport and in my personal life I am very active in the Wilson community as a citizen that has sat on multiple boards as treasure of both the youth baseball and football leagues for years as well as the youth cheer director. I am currently the varsity cheerleading coach at Wilson High and on the board of the National Academy of Finance there as well. I am also transitioning into the treasurer seat for our local community beautification committee, Celebrate Wilson. I tell you my credentials so that you understand that I am fully on board with improving our community and that my volunteer and professional experience has given me a perspective where I understand the financial impact that a business like this could make on our small community.

The proposal is not a quaint pumpkin patch where moms and dads will walk with their children enjoying the sites and sounds of fall with a casual beer or glass of wine in hand. If you look at the website for this business, it is clearly defined as "a full scare attraction not for the faint of heart". This type of business, in order to succeed, will have to have the "wow" factor. This means that murder and mayhem and amputated limbs will likely be glorified, along with constantly repeating sound tracks of murderous screams and other disturbing sounds. Please don't misunderstand, I love Halloween, in fact it's my birthday, and this community gathers on that holiday to celebrate together, but we are also a very small village and town that has 6 vibrant church communities and murder and mayhem is not what we'd like to be known for.

To address the impact to the neighbors of the proposed site, the close proximity of the single family homes to the proposed site is appalling and if this request is granted I think all of us should be concerned about tranquility of our own homes. I know that one of the neighbors have 3 school-aged children. Can you imagine your 6 year old daughter or grand-daughter having to endure listening to murderous screams for weeks at a time while trying to fall asleep at night? Please be honest with yourself and decide whether or not you'd approve this request if this "attraction" was being proposed next door to your home?

The truth is, there is no data that supports the idea that opening this type of business will drive other business to our community. The proposed site is closer to Newfane than it is the village of Wilson and equi-distant to Olcott, so at best we'd be splitting whatever "additional traffic" there might be with the other 2 communities. I'd also argue that this type of business will likely attract teens and young adults that generally don't have the disposable income of our "ideal visitor" with extra money to spend in the other local businesses that our community has to offer, none of which are geared toward that demographic.

I thank you for your time and I'd be happy to participate in a committee that further researches the impact of this type of proposal on our community.

March 22, 2021

To Whom It May Concern:

I am writing to express our disapproval of the proposed new business seeking approval for Beebe Road, the Haunted Forests.

Being a lifelong resident of Wilson, this potential new business is most concerning to me due to its close proximity to residences. While driving past, it is clearly a residential building lot, with limited frontage. Homes border the property, in very close proximity to the north and south, as well as a residence directly across the road. Being a residential area, I am concerned with the safety and privacy of the neighboring families. If this business is approved, the uptick in traffic is a safety issue for the families with small children. The additional foot traffic allows strangers to have a vantage point while glimpsing private property, those who normally wouldn't have access to a private area are now able to see it freely. This is most concerning for those with families with small children. This infringement on personal privacy rights is not a precedent I would like to become the norm in our small community. It is important to note there is no hedgerow bordering the property which exposes the backyards, windows, and outbuildings of private residences to public view. The current established families will have lost the private sanctitude of their land.

I am also concerned about the proposed late-night hours which were all posted on their Facebook page, but has since been removed. This act itself shows the lack of transparency and motives by the business owners. These hours further infringe on family gatherings, privacy and the freedom to enjoy their own backyards with privacy.
  * Wed 6-9:00, Th 6-10:00, Fri 6-11:00, Sat 2-11:00, Sun 2-10:00

I understand that food vendors and wine/liquor sales are proposed. I would like clarification as to how this is going to monitored for safety. What steps are proactively being taken by the business owners to ensure the safety, privacy and care of bordering property. Will neighbors be held liable for the actions of guests who have taken their outing a bit too far?

I believe in development and progress in the Wilson community. A business such as this should not be allowed in residential areas. Doing so will only open the door for future business to follow suit. If this were my family, I would be devastated to have a business like this feet from our front door.

Please take very careful consideration when making your determination. I hope all sides are being thoughtfully considered and this is not a decision that must take place overnight.

Sincerely,
Dave and Michelle Avery
4139 Chestnut Rd.
Wilson

*Paul Henner*

I did a google search for local corn mazes.  Four main ones appeared.  None of which are in the city.  Also, they do not have neighbors abutting the property like the Beebe Rd site does.  The sites are:

1.  Cambria Corn Maze – Located in Town of Cambria on route 93.  No residential homes abutting the property. Approximately 30 acres.
2.  The Great Pumpkin Farm – Located in the Town of Clarence on Route 5 (Main Street).  One residential property almost abuts the property located on the North East.  Approximately 30 acres.
3.  Becker Farms – Located in the Town of Gasport.  No residential homes abutting the property. Approximately 340 acres.
4.  Niagara Falls Corn Maze – Located in the Town of Wheatfield.  No residential homes abutting the property.  I believe that is Canterbury Gardens.  Appears to be an apartment complex.  Approximately 13 acres.

The location that is being proposed on Beebe Rd is in the country, but is not like the others as there are more adjoining neighbors.







To Whom it May Concern,

Under the general legislation from the Town of WIlson as written under Chapter 94, "It is the public policy of the Town that every person is entitled to ambient noise levels that are not detrimental to life, health and enjoyment of his or her property".

Our concern is that if this were to be approved for these haunted activities we would lose our ability to enjoy our property and the noise levels would be detrimental to our life and our health, especially that of children. Neighbors on both the North, South and East side are both within 30 - 50 ft. of the site plan of the haunted barn and parking lot. The parking lot plan includes 110 parking spaces and 4 handicap spaces, which could potentially be equivalent to 125- 400+ people depending on the number of passengers per vehicle. The noise associated with crowds that large would infringe upon our rights of the Town of Wilson Chapter 94 Noise. There are no natural barriers or fences present on either side of the properties to mitigate sound, headlights or obstruct the view of the proposed activities of the residents of the area.

Three children reside at 2854 Beebe Road from the ages of 6- 13 who lead an active outdoor lifestyle, which includes and is not limited to: swimming in the pool, playing on the swingset, fishing in the pond and many other activities. The neighbors immediately to the south of the haunted barn have a small child, age 5. The neighbors directly across the street have two small children,ages 3 and 5, and another child on the way. The young ages of all of these children within close proximity to the halloween attractions at 2860 Beebe Road is VERY concerning. As shown by the public website the attractions planned are very inappropriate for the ages of the surrounding children due to the close proximity to neighboring homes and residential settings.

9 years ago we moved here from the village of Lancaster, NY. We chose the rural Town of Wilson because it prides itself on being a quaint and quiet town. We built our life here and have a love of this town and community. We enjoy our home and spending time outside. We feel safe and so do our children. If these proposed activities were to get approved the reasons we made a life here, our privacy and our SAFETY would be infringed upon.

Based upon the proposed site plan the south side of 2854 Beebe Road is approximately 30 - 50 feet to the parking lot. The children's swing set is is 10 - 12 feet to the property line and very close to the proposed vendor area which will serve beer and wine. The propane tank of 2854 is approximately 20-30 feet from the proposed parking lot.  If someone were to tamper with or accidentally drive into the propane tank the effects would be deadly.  As a town we never want to deal with what happened on Chestnut in

# Haunted Catacombs to add more security following ruckus Saturday

By **Jim Herr** - September 26, 2018

*Cheektowaga Police patrol the Haunted Catacombs parking lot on September 22nd after several hundred unsupervised adolescents caused a disturbance. (Jim Herr/Cheektowaga Chronicle)*

CHEEKTOWAGA – The House of Horrors and Haunted Catacombs seasonal scare attraction will be adding more professional security personnel to its payroll after several hundred adolescents caused trouble in surrounding parking lots Saturday night.

Guests from the haunted house which is located in the old Dick's Plaza at 3637 Union Road taxed Cheektowaga Police resources for a good hour-and-a-half around 10 pm after an estimated 200 unsupervised teenagers loitered in the surrounding parking lots and inside the Sonic restaurant sparking off verbal arguments and physical altercations.

At least two people were arrested at the plaza for Disorderly Conduct, and around 30 teens had to be ejected from the nearby Pizza Hut after they were "tearing it up" according to Cheektowaga Police records.

Cheektowaga Chronicle spoke to the manager of the haunted house Saturday night.

"We never really have this issue. This is probably the first time I've seen it like this, and a lot of the time, these guys like to have a meetup location, where they meet up to have their big fights every weekend, and this just may have been that meet up location," said Chris Conlon. "The Cheektowaga cops are doing an awesome job here, and our sheriffs did a great job."

Security inside the haunted house has historically been handled by off-duty Erie County Sheriff's Deputies, and incidents inside the venue are very rare according to Mr. Conlon.

The surrounding parking lots have gone unpatrolled however allowing them to be a free for all for the unsupervised teens until town police officers show up. Cheektowaga Police responded to the plaza at least once last year to handle the same problem towards the end of October.

A Cheektowaga Police Department source with knowledge of the issue says the department met with management of the haunted house this week. Cheektowaga Chronicle is told that the venue is very cooperative and is planning to add additional security measures – including the hiring of off-duty Cheektowaga Police officers which should help to curb any naturally occurring disorderly conduct.

The added security will be employed on the weekends. Sonic and Teds restaurants will also add extra security.

It is believed that special pricing during the haunt's first full weekend of operation contributed to the problem and the attendee numbers may not be as large from this point on.

The haunted house is open weekends in October from 7 pm – 12 am.

*Copyright 2019 Crabapple Media, LLC. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed without prior permission.*

— **Click here to send a News Tip to Cheektowaga Chronicle**

— Scammed, ripped off, or need help with an issue with the government? **Let us know and Chronicle Connects** will try to help bring a resolution to your issue.



HauntedForests.com

Visit us in 2021

Opening September 2021    ?? Is this legal?

PURCHASE TICKETS

New products are coming soon!

THE HAUNTED FOREST EXPERIENCE



## Haunted Hayride

Take a ride thru the Haunted Forest stopping at 5 different live actor stations.  There are 2 different stations at the end of each hayride depending on which ride you choose, so you may want to ride both if you dare!



Haunted Barn

Visit the Haunted Barn with 4 rooms of horror themed excitement.  Filled with Live actors to provide you with a full scare attraction. This is not for the faint of heart.



Haunted Corn Maze

Find yourself lost forever in the Haunted Corn Maze.  Live actors will scare you as you try to escape!  Once you enter, you may never leave!

Subscribe

Email

# Opening Sept 2021

All Attractions are first come first serve basis.

## the haunted forests

## Hours

Mon  Closed
Tue   Closed
Wed  06:00 pm – 09:00 pm
Thu   06:00 pm – 10:00 pm
Fri    06:00 pm – 11:00 pm
Sat   02:00 pm – 11:00 pm
Sun   02:00 pm – 10:00 pm

**DROP US A LINE!**

COPYRIGHT © 2020 THEHAUNTEDFORESTS - ALL RIGHTS RESERVED.

Privacy Policy
Terms and Conditions

POWERED BY GODADDY


*From WHO*

## Children and noise

INDIRECT DAMAGE

## PSYCHOLOGICAL DAMAGE

❖ Exposure to **moderate level of noise** can cause
  - Psychological stress
  - Annoyance, interference with activity, isolation
  - Headache, tiredness and irritability; may impair intellectual function and performance of complex tasks

❖ Exposure to **intense level of noise** can
  - Cause personality changes and aggressive/violent reactions
  - Reduce ability to cope
  - Alter work performance and intellectual function
  - May cause muscle spasm and also break a bone (when combined with strong vibration)
  - Sleep disturbance
  - Changes in mental health.

❖ Exposure to **sudden, unexpected noise** can cause
  - Startle reaction with stress responses
  - Cause non intentional injuries

28

Psychological effects correlate with intensity (or loudness) of the noise.

Exposure to **moderate levels of noise** can cause psychological stress.

Other effects can be:

• Annoyance (fear, anger, feeling bothered, feelings of being involuntarily and unavoidably harmed, and feelings of having privacy invaded), interference with activity.

•Headache, tiredness and irritability are also common reactions to noise.

•Possible impairment of intellectual function and performance of complex tasks. Depends on the nature of sound and individual tolerance.

Exposure to **intense level of noise** can:

• Cause personality changes and provoke aggressive and violent reactions.

• Reduce ability to cope.

• Alter work performance and intellectual function.

• Cause muscle spasm and also break a bone (when combined with strong vibration).

• Cause sleep disturbance.

• Provoke changes in mental health.

Exposure to **sudden, unexpected noise** can cause:

• Startle reaction with stress responses.

•Cause non intentional injuries.

Stress response consisting in acute terror and panic was described in children upon exposure to sonic booms.

*References:*

•Kam PC. Noise pollution in the anaesthetic and intensive care environment. *Anaesthesia*, 1994, 49(11):982-6

•Kujala T, Brattico E. Detrimental noise effects on brain's speech functions. *Biol Psychol.* 2009, 81(3):135-43. Epub 2009 Apr 8.

•Rosenberg J. Jets over Labrador and Quebec: noise effects on human health. *Can. Med. Assoc. J.*, 1991, 144(7):869-75

**Children and noise**                                   INDIRECT DAMAGE

## IMPAIRED COGNITIVE FUNCTION

❖ Chronic noise exposure impairs cognitive function
  · Reading comprehension
  · Long term memory

❖ Dose-response relationships
  · Supported by both laboratory and field studies

❖ Study of possible mechanisms and noise reduction interventions
  · Tuning out of attention / concentration
  · Impairment of auditory discrimination

29

The most robust area of study on noise and effects in children comes from studies which evaluate the effect of noise on learning and cognitive function; there are possible mechanisms, including noise-related changes in attention or distraction and impaired auditory discrimination.

**<<READ SLIDE>>**

https://buffalonews.com/news/deadly-cleveland-hill-school-fire-on-march-31-1954-left-deep-scars/article_8d27b2e4-7619-560d-bd04-21bd41fce704.html

# DEADLY CLEVELAND HILL SCHOOL FIRE ON MARCH 31, 1954, LEFT DEEP SCARS

By PETER SIMON, PETER SIMON AND DAN HERBECK, PETER SIMON AND JAY REY, PETER SIMON/NEWS BOOK REVIEWER
Mar 31, 1997

Support this work for $1 a month

The Cleveland Hill sixth-graders were having a music lesson 43 years ago today when one of the nation's deadliest school fires roared through their classroom.

Tragedy struck at 11:22 a.m. March 31, 1954. It claimed the lives of 15 pupils -- exactly half the class -- severely injured at least six others and continues to haunt some of the survivors.

"I remember a loud noise, like a bang, followed a few seconds later by a doorway full of raging flames and pure panic," Allan DeForest, a businessman in Illinois, said last week.

The pupils scurried to the windows, but they wouldn't open. With books, chairs and fists, the youngsters broke the glass and wooden frames and jumped out.

"You couldn't see anything (through the smoke)," said Melba Seibold, the music teacher. "Actually, you couldn't even see bodies anymore."

DeForest, who escaped with minor burns, jumped on Dick Hoff, breaking his friend's arm. But Allan and Dick were among the lucky ones.

Ten pupils never made it out and were consumed by fire.



THE BUFFALO NEWS SALE! $1.99 A WEEK SUNDAY HOME DELIVERY 50% OFF THE NEWSSTAND PRICE LIMITED TIME OFFER

Marybelle Bressler Heimerle, who left the annex about 10 minutes before broke into tears and ran off the following summer when youngsters gathered around a bonfire at church camp. Her friends assumed she was homesick and being "a baby."

"You didn't talk to people about how you felt," she said. "You didn't know how you felt."

Eventually, several survivors said, that approach worked.

"You cope with it, you grieve, you go on," DeForest said. "It was something I never forgot, but eventually it just became an event."

Mrs. Seibold, who was severely burned, required eight operations on her vocal cords and suffered a crushed vertebra, returned to the classroom two years later.

Now, at age 81, she plays the organ and employs music therapy as a volunteer at a Buffalo nursing home.

"I've always been a happy person," she said. "I'm kind of known for that. I don't dwell on the past. You concentrate on the present and the future."

Cervi, music director of the West Seneca Schools, said he rarely thinks of the fire.

"It's almost something you try to block out of of your mind," he said. "I think I've done that pretty well."

Mrs. Wolf, a retired elementary and middle school teacher, did the same thing -- but only for about 15 years. Her defenses broke down when, in her 20s, she sought psychological help to deal with her repressed feelings and lack of closure.

"It builds and builds until the pressure has to be released somehow," she said. "It just doesn't go away. It's with you forever. It changes your whole life."

Mrs. Wolf said she has flashbacks, similar to combat veterans, and "survivor's guilt," much like that described by survivors of Nazi concentration camps.

THE BUFFALO NEWS  $1.99 SUNDAY HOME DELIVERY  SALE! A WEEK 50% OFF

March 22nd,2021

## Dear Wilson Town Board,

My name is Tracy A. Quinn, and I am the property owner at 2860 Beebe Road in Wilson, NY. I want to apologize as I could not make this meeting as I had a prior commitment. I want to express my support for this seasonal event as I believe it will benefit our community and the small business economy post Covid-19.  I have been approached by many people in the past to lease/use my farm for a wide variety of things such as dairy farms, beef farms, rehabilitation centers but never had the need to until now. I feel that this seasonal (6-8 weeks) short term special event mostly on weekends is the most viable option.

My brother-in-law Cory Quinn had approached me for the past several years regarding leasing the property in pursuit of his idea to run a family orientated hayride, corn maze and haunted house on my farm which many farms in Niagara County currently operate. This venture will generate a seasonal destination for the Town of Wilson. This will hopefully compare to other destinations in and around Wilson such as Schultz Winery, Kin Loch Lavender Farm, Becker Farms, Victorianbourg Wines Estates, Erway's Christmas Tree Adventures, and many others in and around Wilson, NY.

In years past I had not acted on the proposals, but after meeting with Cory regarding the plan for the fall of 2021, I was extremely impressed with the details. This will not only help myself but hopefully help other local small businesses here in Wilson and Newfane who I know have struggled during these pressing times as well.

I ask the board to approve this "Special Use" permit and hopefully this will become a family event the community can support and enjoy this fall.

Sincerely

Tracy A. Quinn

March 22nd, 2021

Town of Wilson
Zoning Board of Appeals
385 Lake St,
Wilson, NY 14172

RE: Special use permit Mr. Cory Quinn "The Haunted Forest, LLC"

To: John Sinclair, Chairman Wilson Zoning Board of Appeals;

Thank you for taking the time to review our concerns over the proposed commercial development that is being presented tonight in front of the board.   My wife, Karen and I have been residents of Wilson since moving here over 30 years ago.   We selected Wilson, and more specifically Shadigee road, because it offered the country setting and privacy that we were seeking.   Part of the alure is the tranquility and peace that comes from being in a rural residential location.

So, I am sure you can understand our concern regarding a commercial development being located adjacent to our rear property line.   Given the late hours of proposed operation and the focus on weekend activities, we are greatly concerned about excessive noise, and disturbance to the peacefulness of our home.

Additionally, we, like many of our neighbors, enjoy the ability to target practice with firearms on our property, and while we maintain safe practices (I am a NYS Hunter Education volunteer), having a large volume of foot traffic behind the backstop, will greatly increase the risk factor, and ultimately may lead to curtailing our ability to enjoy shooting on our property.

There are of course many other concerns, such as what happens if individuals cross property lines and become injured, are we susceptible to be sued?

Ultimately, we do not believe a commercial business such as this should be located in a rural residential area and for this reason and our concerns above, ask the board to deny any variances to allow this to occur.

Best Regards,

Brian & Karen Tierney

4851 Shadigee Road
751-9830