**E**

Case 1:25-cv-01124-LJV-MJR    Document 9-5    Filed 01/09/26    Page 2 of 2

36

## WILSON TOWN BOARD SPECIAL MEETING

### MAY 14, 2021

A Town Board Special Meeting was held at the Wilson Town Hall on Friday, May 14th 2021. The meeting was called to order at 10:00 am in the conference room with the Pledge to the Flag.

**PRESENT:**

| | |
|---|---|
| Doyle H. Phillips | Supervisor |
| Brad L. Clark Sr. | Councilman |
| James V. Muscoreil | Councilman |
| E. Anne Basile | Councilwoman |
| A. Diane Muscoreil | Town Clerk |

**EXCUSED:** Robert A. Hull, Councilman

**SUPERVISOR PHILLIPS** gave updates on three current items.

**RIVERVIEW BOAT LAUNCH:** Mike Metzger is in contact with Empire Marine regarding payment for the work that has been done. It is expected that the amount due will be around $50,000 to get us out of this year's contract. It is proposed that we put the riprap back where it was, and possibly rebid it down the road. The Town will not be held hostage for a project that could not be completed.

**WATER TOWER RESTORATION:** A meeting has been scheduled with the engineer on Tuesday morning, as even though the work is ongoing, the project will not be finished by the May 21st deadline and may have to be extended.

**APPLICATION FOR DIRECT FARM MARKETING ACTIVITIES:** Attorney Andrews called in to the meeting and told the board that we need a Local Law to cover Ag-Tourism Marketing Activities. We have no current code for this, and because of that applicant can go to Ag & Markets with their application after we turn them down for a special use/temporary permit. His recommendation was that the applicants be asked to go first to the Building Inspector, and then to the Zoning or Town Board for use variance restrictions. There was a discussion on the merits of both options, with Kyle recommending it go to Zoning. Kyle will do up a Local Law and send it to the Town Board for their consideration.

**CPA FIRMS:** Supervisor Phillips went over the list of three CPA Firms contacted by the Town of Wilson and their proposals. The first two companies interviewed with the Supervisor, Bookkeeper and Town Clerk.
 **Dresche&-Malecki:** strictly does municipalities and schools, including Niagara County, Lewiston, Newfane, North Tonawanda and the Niagara County Water Board
**Allied Financial Partners:** is a full purpose CPA Firm that does not currently have any clients in Niagara County.
Brown & Co.: CPA did not have enough time to evaluate the information or attend an interview.
There was a discussion on all of the firms and their qualifications. Berry & Berry's response to an inquiry on the question as to if they were going to charge us double for the past due AUD was that the Town Board should decide what they want to do and that they would be happy to answer any questions a new firm might have. .