# F



**TOWN OF WILSON**

375 Lake St, PO Box 537
Wilson, New York 14172
www.wilsonnewyork.com

*Planning Board Chairman*
*Dave Schultz*
*Zoning Board Chairman*
*John Sinclair*
*Phone (716) 751-6705*

NOTICE OF PUBLIC HEARING
TOWN OF WILSON
ZONING BOARD OF APPEALS

PLEASE TAKE NOTICE that the Town of Wilson Zoning Board of Appeals will conduct public hearings on August 23, 2021 at 7:00 p.m. at the Wilson Town Hall, 375 Lake Street, Wilson NY to consider the following:

**Special Use Permit** – Mr. Cory Quinn of 20 River Oaks Drive, Grand Island, New York is requesting a Special Use Permit to operate "The Haunted Forests, LLC" at 2860 Beebe Road, Wilson, NY 14172 (SBL#37.00-1-35.2) in order to operate hay rides, haunted barn, farmers market and a corn maze.

BY ORDER OF THE ZONING BOARD OF APPEALS
John Sinclair, Chairman
Phyllis Morgante, Clerk

HF-0054