# G

## TOWN OF WILSON ZONING BOARD OF APPEALS
MONDAY, August 23, 2021

Zoning Board of Appeals meeting was called to order at the Wilson Town Hall at 7:00 pm by John Sinclair, Chairman.

**Members Present for the meeting:**   John Sinclair, John Moley, Cory Harman, Brian Peck, Robin Mignella, Tony Evans, Thomas Hood.

**Others Present:**

| | | |
|---|---|---|
| Dave Warsocki | Constable | |
| Chris Jordan | Building Inspector | |
| Kyle Andrews | Town Attorney | |
| Sara & Paul Hermann | 2854 Beebe Road | |
| Mark & Debbie Schmitkons | 2840 Beebe Road | |
| Brandon Darnell | 2869 Beebe Road | |
| Tabitha Darrah | 5100 Sweethome Road | |
| Cory and Amanda Quinn | | |
| Ashley Sherwood | 2028 Fuller Road | |
| John Swann | | |
| Elyse Ruckdeschel | | |

Chairman Sinclair welcomed all to the meeting and led in the Pledge of Allegiance.

Minutes of the last meeting were reviewed and  approved.

**MOTION TO APPROVE:**  1st – Robin Mignella; 2nd – Tony Evans

**MOTION CARRIED BY ALL**

**Special Use Permit** –   Mr. Cory Quinn of 20 River Oaks Drive, Grand Island, NY is requesting a Special Use Permit in order to operate a Haunted Forest per his Business Plan on the property located at 2860 Beebe Road,  Newfane, NY 14108 (SBL#37.00-1-35-2).

**ACTION :**  Chairman Sinclair began by stating that the applicant will present the Board with his proposal. The neighbors would be allowed to speak for 5 minutes.  Participation will then close allowing Mr. Quinn to rebut any concerns.  The audience was instructed to speak only to the Board

Mr. Quinn stated that both he and his brother are expanding their farm for Agra Tourism.  He would like to provide hayrides by reservation and hours to extend to midnight on the weekend.  He expects several farmers and vendors to attend and will have low level lighting.  He has $1,000,000.00 Liability Policy in place, commercial garbage dumpsters, Porta Johns and has hired 33 people to date.  He expects tax revenues of over $100,000.00 to the community. He would also like to have Vendors sell alcohol as part of a Farmers Market, have a Band on Saturday night with a special closing beer tent, with a Beer truck from Woodcock Brothers.

Town of Wilson *Zoning Board of Appeal August 23, , 2021*                                    Page - 2

Robin Mignella questioned how long this event would take place. Cory explained it would start no September 10th and end on October 31st. Tony Evans questioned about the alcohol on site and Cory explained it would be the Vendor who would be in charge. Tony also asked if he already had any permits in place, which Cory replied that he had none at this time.

John Moley questioned about Cory's brother who lives on Shadigee and the barn connects to his property. Cory explained that they have formed an LLC. He also stated that the parking lot will have bumper and will have areas roped off. He has also provided an emergency lane for fire and emergency personnel in front of the barn.

Chairman Sinclair stated that the hours on the website are different from what he is proposing and Cory explained that the website is not updated. Chairman Sinclair also questioned the renting of Fire Pits and Cory explained that these are only seating areas for patrons with a propane fire.

Tony Evans questioned the matter of traffic control and was told he will have parking attendants on duty at all times. Brian Peck questioned if reservations would be needed for the attractions and Cory stated that yes, patrons would need to make a reservation for the date and time. If necessary, he will take stand-bys.

Mark Schmitkons stated he has made calls to Agra Markets and found that audio is not allowed on hayrides and has heard rumors of employees screaming throughout the night.He also stated that the hayride is not ADA Compliant.

Dan King spoke and stated that he is opposed to the hours of operation and the noise that willl be generated.

Brandon Darnell stated that he could hear noises on all areas of the street. Joe Swann stated that he had concerns about the alcohol on the premises as well as the noise as he needs to be bed by 7:30 – 8:00 PM.

Ashley Sherwood stated that she thinks the Haunted Forest is incredible and will bring families back together to enjoy a family outing.

Cory stated that the noise concerns are over exaggerated and the property is cleaned nightly. All ADA laws will accommodate the handicapped, and does not believe that a 6 – 8 week festival will cause PTSD.

Chairman Sinclair went over the SEQR Report and read the Noise Ordinance. John Moley stated that under Ag Markets permits for the hayride allows Municipalities to regulate. Kyle Andrews stated that a Special Use Permit is allowable with restrictions. John Moley stated that Ag Market 301.11 says it is an allowed use but can be used to attract traffic. Gate receipts cannot exceed revenue from farm related agricultural products. He recognizes the neighbors concerns regarding that Beebe is a high traffic road, He would like an exit put on Shadigee Road so cars would exit at the intersection. He would like to keep peace between neighbors and applicants.

Wilson_000811

Town of Wilson *Zoning Board of Appeal August 23, , 2021*                    Page - 3

Town Attorney, Kyle Andrews, stated this is not possible since the Shadigee Road property is not on the application. We cannot legally require this item on the Permit.

Alcohol Liability and Insurance Policies were discussed by Tony Evans and Mr. Quinn explained that alcohol related incidents and accidents would be covered by the Vendors who have liquor license.

Robin Mignella stated that she didn't believe we could restrict bands from playing. John Moley and John Sinclair stated they felt we could regulate the bands. It was decided that the bands could play on 2 separate occasion fro the hours between Noon and 8:00 P.M.

A debate began between Cory and the Board Members as the Board wanted Cory to provide a $5,000,000.00 policy and Cory explained that the vendor is already insured. Kyle stated that we could be more reasonable in the amount being questioned as he already has a $1,000,000 policy to which the Board agreed to $2,000.000.00.

**MOTION TO APPROVE WITH RESTRICTIONS:** 1st –Brian Peck; 2nd Robin Mignella

**MOTION CARRIED BY ALL**

**Motion** made to adjourn the meeting at    9:17 P.M.

**Motion unanimously carried.**

**Next Meeting:** The next Zoning Board Meeting is scheduled for **Monday , September 27, 2021** at 7:00 P.M.


Respectfully Submitted
Phyllis Morgante, Planning/Zoning Board Clerk

Wilson_000812