# H





RECEIVED
AUG 2 5 2021
BY: _____

## ZONING BOARD OF APPEALS

**SPECIAL USE PERMIT** FINDINGS & DECISION

Applicant: _____ Cory Quinn _____

Address: _____ 20 River Oaks Drive _____
_____ Grand Island, NY _____

Hearing Held on: 8/23/2021

Property location: _2860 Beebe Road_____  SBL# 37.00-1-35.2

Request of Applicant for Special Use Permit to Operate a Haunted Forest per Business Plan on file .

Zoning Board of Appeals has Declared a ☐ Positive ☒ Negative declaration upon the SEQR form.

### DETERMINATION OF THE ZBA BASED ON THE ABOVE FACTORS:

☐    The applicant's request for a Special Use Permit has been **DENIED.**

☒    The applicant's request for a Special Use Permit has been **GRANTED.**

WITH CONDITIONS

The ZBA finds that the following conditions are necessary and must be adhered to or the **Special Use Permit** shall be revoked.

1.    Permit is granted for the period ending December 31, 2021.
2.    Hours of operation shall be:        Thursdays – 5:00 P.M. – 9:00 P.M.
      Friday – 5:00 P.M. – 10:00 P.M.        Saturday – 12:00 P.M. – 10:00 P.M.
      Sunday – 12:00 P.M. – 9:00 P.M.
3.    All lights must be turned off by 10:00 P.M.
4.    Hay bales must be placed on the north and east side of the parking lot to keep out lighting.
5.    Parking attendants must be in place to help facilitate ingress and egress.
6.    Wine and beer tastings of New York State products to be given preference.  Sale of bottled products will be allowed.
7.    Must comply with the Local Law Noise Ordinance by 10:00 P.M.
8.    Band will be allowed for 2 Saturdays during the event from Noon until 8:00 P.M.
9.    Closing Party on October 30th must be complete by 11:00 P.M.
10.   Food trucks will be allowed.
11.   Comply with all Federal, State and Local laws.
12.   A $2,000,000.00 Liability Policy will be enforced.
13.   Porta Johns and Dumpsters shall be 50' from the property lines.
14.   Lights will be kept away from the neighbors.
15.   Revenue receipts due each year to prove Ag & Markets requirements.

Wilson_000275

| | |
|---|---|
| John Moley | ☑ Yea ☐ Nay ☐ Absent ☐ Abstain |
| John Sinclair | ☑ Yea ☐ Nay ☐ Absent ☐ Abstain |
| Robin Mignella | ☑ Yea ☐ Nay ☐ Absent ☐ Abstain |
| Brian Peck | ☑ Yea ☐ Nay ☐ Absent ☐ Abstain |
| Thomas Hood | ☐ Yea ☐ Nay ☐ Absent ☐ Abstain |
| Anthony Evans | ☑ Yea ☐ Nay ☐ Absent ☐ Abstain |
| Corey Harmon | ☐ Yea ☐ Nay ☐ Absent ☐ Abstain |

Dated: _____8/25/2021_____

John Sinclair
Chairman, Zoning Board of Appeals

Wilson_000276