# J

Town of Wilson *Zoning Board of Appeal March 28, 2022*                                    Page - 1

# TOWN OF WILSON ZONING BOARD OF APPEALS
MONDAY, March 28, 2022

Zoning Board of Appeals meeting was called to order at the Wilson Town Hall at 7:00 pm by John Sinclair, Chairman.                                    .

**Members Present for the meeting:**   John Sinclair (Chairman), Brian Peck, Robin Mignella, Cory Harmon, John Moley

**Excused:**

**Others Present:**        Chris Jordan              Building Inspector
                          Dave Warsocki            Constable
                          Brandon Darnell          2869 Beebe Road
                          Joe Greky                2915 Beebe Road
                          Dan King                 2898 Beebe Road
                          Paul Hermann             2854 Beebe Road
                          Steven Huttenmeir
                          Kevin Wise               3327 Youngstown – Wilson Road
                          Mr & Mrs Mark Schmitkons  2840 Beebe Road
                          Peter Snodrass           2655 Sheridan Dr., Tonawanda, NY 14150
                          Margaret Merino          4874 Lake Road
                          Cory Quinn               2860 Beebe Road

_____

Chairman Sinclair welcomed all to the meeting and led in the Pledge of Allegiance.

Minutes of the last meeting were reviewed and  approved.

**MOTION TO APPROVE:**

**MOTION CARRIED BY ALL**

1.      Subdivision Review – Land Variance -  Margaret Merino of 4874 East Lake Road, Burt, NY 14028 is requesting a subdivision of her property (SBL#13.00-1-12; ZONED – AR).

        Mrs. Merino is requesting to split 2.93 acres of her property. The issue being a wind turbine on the property could possibly hit the building on the property as it does not meet the distance requirement.  John Moley stated the turbine was installed 12 years ago and could hit the existing building.  Mrs. Merino neglected to bring in a copy of the revised plan she had done and will bring it to the next meeting.

        **ACTION –** It was decided to table this item until next month's ZBA Meeting when Mrs. Merino could return with a definitive plan.

        **MOTION TO TABLE –** 1st – Robin Mignella; 2nd Brian Peck

**MOTION CARRIED BY ALL**

2.    **Special Use Permit- Pond:**   Mr. Kevin Wise, Jr., of 3327 Youngstown – Wilson Road, Wilson, NY 14172 is requesting to install a pond on his property located at 4880 Ide Road (SBL#37.00-1-28.121; ZONED – RR200).

Mr. Wise brought in a copy of his Maintenance Plan which was given to the Building Inspector and Board.  Chairman Sinclair read thru the SEQR and found this size pond does meet the requirements.  In a report prepared by the Niagara County Soils and Water, they recommend that all soils remain on the property.  Mr. Moley asked whether or not he would be moving to the property and was told no.  Chairman Sinclair then read the SEQR Part 2 and found no adverse impact.  Mr. Moley stated that the back corner off of Ide and Beebe has to be 100' off all lot lines and all soils are to stay on the premises.  He stated that he was not in favor of the project and questioned if the pond would be for recreational or farm use.  Mr. Wise stated recreational. Chris Jordan stated that he wanted it put into the record that a Recreation / private pond is acceptable.

**ACTION** :    A motion was made to approve the Special Use Permit for the Pond for recreational purposes with the following conditions:
1.     100 feet away from any neighboring property line.
2.    Pond is deemed for recreational use.
3.    Spoils to remain on site, either spread level around the pond or piled to the back side of the pond.
4.    Provide a life ring attached to at least 100 feet of rope and a stake at the pond site.
5.    Decision is based on the recommendation of the Niagara County Soil & Water recommendations.

**MOTION  TO APPROVE:** 1st – John Moley; 2nd – Robin Mignella

**MOTION CARRIED BY ALL**

3.    **SPECIAL USE PERMIT -** Renewal – The Haunted Forest, 2860 Beebe Road, Newfane, NY 14108 (SBL#37.00-1-35.2; ZONED – RR200) is requesting to renew their Special Use Permit to continue operating the "Haunted Forest."

Chairman Sinclair asked if there any changes made from last year and Mr. Quinn stated things were basically the same, but would like to install a temporary Privacy Fence on the north side of the property instead of using hay.  Chairman Sinclair asked if there were any changes being made to the season and Mr. Quinn responded that it would still be mostly Friday and Saturday .  He would like to have Thursday thru Sunday as they were only open approximately 17 days last year.

Brian Peck questioned as to what type of crop he would be raising. Mr. Quinn stated that they would be planting pumpkins and Christmas trees and would have a corn maize this year.  Mr. Quinn stated that he would like to ask for the removal of time restraints and the ZBA cannot restrict his hours of operation per NYS Law .  He also believes he should be able to have a band on his property.  He has complied with all requests made by the Town and requests to eliminate the band and time restrictions and excess insurance.

Chairman Sinclair stated that he would need to have the legal case studies that Mr. Quinn submitted reviewed by the Town's attorney prior to making any decisions.  He also referenced the Ag & Market letter sent in for review of the Code and a RFI sent to the Town on December 1, 2021 which he read and entered into the record. (copies attached).  Mr. Quinn felt this was a grey area, but Mr. Sinclair thought the decisions were clear.  Cory Harmon stated that the Board were not attorney's and couldn't settle everything.  Ms. Mignella stated that the Board is trying the best they can and feels things were getting off track.  Chairman Sinclair stated they would take all the information and forward to Kyle Andrews, the Town Attorney for his review and decision.

Mr. Peter Snodgrass introduced himself as the attorney representing some neighbors in the area.  Mr. Quinn was asked if he had supplied any revenue documentation and he stated that he has up to 5 years to supply this information, but he would forward revenues and insurance documentation to both Chairman Sinclair and the Building Inspector.

At this point a motion was made to table this item until reviewed by the Town Attorney and required documentation requested last year from Mr. Quinn was received.

**MOTION TO TABLE** – 1st – Robin Mignella; 2nd – Cory Harmon

**MOTION CARRIED BY ALL**

**Motion** made to adjourn the meeting    8:45    P.M.

1st – Brian Peck; 2nd – Robin Mignella

**Motion unanimously carried.**

Respectfully Submitted
Phyllis Morgante
Planning/Zoning Board Clerk