

**Town of Wilson**
**Zoning Board of Appeals**
**June 27, 2022**

*The Town of Wilson Zoning Board of Appeals Meeting was called to order at the Wilson Town Hall at 7:00 P.M. by John Sinclair, Chairman.*

**Members present for the meeting:** *John Sinclair (Chairman), Robing Mignella, Brian Peck, Corey Harmon, John Moley, Amy Wiltse (Alternate), Phyllis Morgante (Clerk)*

| Others Present: | | |
|---|---|---|
| | Dave Warsocki | Town Constable |
| | Chris Jordan | Town CEO / Building Inspector |
| | Kyle Andrews | Town Attorney |
| | Dan King | 2890 Beebe Road |
| | Ashley Sherwood | 2028 Fuller Road |
| | Elise Ruch | 2664 Gail Place |
| | John Swan | 28 Maple Street |
| | Mark & Debbie Schmitkons | 2840 Beebe Road |
| | A Peter Snodgrass | 2265 Sheridan Drive |
| | Paul Hermann | 2854 Beebe Road |
| | Jacob Fries | Lockport Sun & Journal |
| | Cory Quinn | 2860 Beebe Road |
| | Joseph Townsend | East Avenue |
| | Steve & Tracy Quinn | 2860 Beebe Road |

*Chairman Sinclair welcomed all to the meeting and led in the Pledge of Allegiance.*

*Minutes of the May 23, 2022 ZBA Meeting were reviewed and approved.*

**MOTION TO APPROVE:** *1st; Brian Peck; 2nd – Robin Mignella*

**MOTION CARRIED BY ALL**

1. **SPECIAL USE PERMIT – RENEWAL** *- Mr. Cory Quinn of 20 River Oaks Drive, Grand Island, New York is requesting to renew a Special Use Permit in order to continue to operate a Haunted Forest on his property located at 2860 Beebe Road, Newfane, NY 14108 (SBL#37.00-1-35.2). This request would include hay rides, haunted barn, farmers market and a corn maze from September thru October on weekends.*

**ACTION:** *Chairman Sinclair began the meeting starting from the March date which was tabled. The Applicant stated that he would like to have the starting and closing times removed. At this point, Chairman Sinclair opened the meeting for discussions.*

*A Peter Snodgrass, attorney for the Schmitkons and Hermann's stated the following: (1) He received a FOIL Request which he requested for the Quinn's and does not believe it is sufficient. The $153,000 Quinn claimed for his yearly sales should be related to livestock and not sales. He does not content that that the Schedule C amount is related to the sale of Christmas Trees. Per AG&Market, they should have submitted AG&Markets Tourism*

**Town of Wilson**
**Zoning Board of Appeals**
**June 27, 2022**

receipts. In his opinion, this has not yet been completed. (2) He also believes that the complaints about the noise and traffic issues have not been met. If the Permit is granted, there should be more stringent conditions put in place.

Chairman Sinclair asked if there were any questions and no one responded.

Mr. Schmitkons stated that there more than 80 calls were made from the neighbors and there were also 2 letters submitted to the Board stating their opposition to the Haunted Forest.

Joe Townsend, attorney for the Quinn's questioned how they were able to obtain the FOIL Financial information and what does it have to do with the neighbors. Chairman Sinclair stated that the ZBA has no control over FOIL Requests. Mr. Townsend stated that the Haunted Forest gave free rent to the local vendors and they all sold out of their products. They have donated to 3 different charities and employed 33 people that are all local and expect to come back this year. Several local businesses also benefitted including Niagara Shores , Wilson House, Woodcock Brewery and several Air BnB's. They are only asking for extended time limits and have changed their lighting, including having the buses turn off their headlights while turning. Bales have been put up to deflect the lights and have put in an off duty Sheriff for parking. Asked if there were any questions from the Board Members which there were none. At this point, 2 letters were read by Chairman Sinclair from Ann Stimson and the Darnells not in favor of the project (copies attached).

John Swan who is an employee of the Haunted Forest spoke stating that some things did happen last year, but have now been mitigated.

Steve Quinn who with his wife own the property stated that he has lived here for 12 years and they are doing everything to keep issues away from their neighbors. They have tried to be respectful and the harassment given is not called for.

At this point, Chairman Sinclair closed the public participation.

Chairman Sinclair stated that there were several issues making it hard to issue a Permit. Mr. Quinn stated that they did run over their time limit once and Chairman Sinclair asked for ways to alleviate the issues.

Steve Quinn stated that there would be no traffic issues and the need to leave at 10:00 creates issues. He believes that with keeping the Sheriff deputies and extended hours this would alleviate a lot of the problems.

Mr. Quinn stated that all the complaints were unfounded and asked what they could do to satisfy all concerned. He stated that a fence would be installed on the north side of the property and the trees are growing to reduce the noise, along with hay bales. His attorney, Joe Townsend stated that the parking lot would also resume using a shuttle service at Woodcock Brewery to reduce traffic and parking. He also stated that any complaints were mitigated and resolved. Some of the issues were unfounded. They have tried to resolve everything that was asked.

Chairman Sinclair stated that a great concern is with the event running later. They agreed to stop selling tickets at 10:00 P.M. in order to remove patrons from the grounds by 11:00 P.M.

Brian Peck asked what the time frame was for the hayride and Mr. Quinn stated 18 – 22 minutes.

**Town of Wilson**
**Zoning Board of Appeals**
**June 27, 2022**

*Chairman Sinclair asked how they could prevent the exodus of people at 11:00 as was the case when closing at 10:00 last year. Mr. Quinn stated that by selling the last tickets at 10:00 they would be able to exit the area immediately after the last ride and not have everyone leaving at the same time causing traffic and noise issues.*

*Their plan is to open on September 16th and be open on Friday and Saturday during September and open on Friday thru Sunday in October.*

*At this point, Kyle Andrews, Town Attorney requested that the meeting adjourn for 10 minutes so the neighbors and their attorneys could speak to each other.*

*8:05 P.M.  Resumed meeting.*

*The following suggestions were made by Joe Townsend, Attorney for the Quinn's.  Sales to close at 10:00 P.M. and close down the area by 11:00 P.M. The last day of the event will be on October 29th. He also stated that there is a large parking lot and a shuttle bus will transport patrons from remote locations and off duty Sheriff personnel will be hired to enforce the issues with parking.  He will also place No Parking signs on the roadway.  Regarding the lighting issues, they will erect a 6' fence on the north side of the property.  If an 8' fence is necessary or desired, a Variance will need to be issued.*

*Chairman Sinclair questioned if the hours on Sunday would be any different from the others and was told no. Chairman Sinclair asked if it would be better for the Sunday hours to stop selling tickets at 9:00 P.M. and close out at 10:00 P.M. since most people in the area would be working the next day.  Mr. Quinn stated that yes, he would be willing to do this.*

*Chairman Sinclair asked what the start time would be for the event and was told approximately 5:00 P.M. at dusk. Ms. Mignella asked if there would be day rides again this year and Mr. Quinn stated they would not be doing the day rides.*

*Chairman Sinclair asked if there were any changes for the east side.  Mr. Quinn stated that there complaints about the headlights shining, but the issue was that it was so muddy.  They have complied that now the headlights do not point towards the road and will have an attendant in the lot as well as off duty sheriff's.  The fence will be in the parking area and will not reflect any lights towards neighbors to the east.*

*As for the traffic issue Mr. Quinn stated that the parking lot is quite large, there will be No Parking signs on both sides of the road along with off duty Sheriff's and a shuttle bus will be used as needed.*

*Ms. Mignella requested that the Quinn's show the ticket closings prominently on their website.*

*Chairman Sinclair stated that last years conditions indicated a band on the premises. Was this still an Item they are requesting? Mr. Quinn stated that he has no schedule to have a band.  If acceptable, he would have a band on Friday or Saturday night  which would stop at 10:00 P.M twice during the season.*

*Ms. Mignella asked what it is they want?  Their attorney stated they would want 2 dates for the band.*

*Corey Harmon questioned if they were looking to apply for a liquor license.  Mr. Quinn replied that no, he would only be serving wine and beer.*

Wilson_000807

**Town of Wilson**
**Zoning Board of Appeals**
**June 27, 2022**

*Meeting adjourned for 5 minutes*

*8:40 P.M.*

*Mr. Snodgrass stated that the noise ordinance was in effect from 10:00 P.M. until 6:00 If allowed to be open until 11:00, this would be a valid noise complaint. Mr. Schmitkons stated that the lights shined into his house all season.*

*Kyle Andrews stated that the Town Noise Ordinance reads from 10:00 P.M. – 6:00 A.M. but, should go back to reasonableness.*

*At this point Chairman Sinclair read the SQR Parts 1, 2 & 3. (copies attached).*

*A motion was made by Ms. Mignella to put this matter to a vote.*

| | |
|---|---|
| John Moley | ☐ Yea ☐ **Nay** ☐ Absent ☐ Abstain |
| John Sinclair | ☐ Yea ☐ **Nay** ☐ Absent ☐ Abstain |
| Robin Mignella | ☐ **Yea** ☐ Nay ☐ Absent ☐ Abstain |
| Brian Peck | ☐ **Yea** ☐ Nay ☐ Absent ☐ Abstain |
| Amy Wiltse | ☐ Yea ☐ Nay ☐ Absent ☐ **Abstain** |
| Corey Harmon | ☐ **Yea** ☐ Nay ☐ Absent ☐ Abstain |

The Motion was passed to issue a Special Use Permit Renewal **with the following Conditions** for the Haunted Forest for a period ending December 31, 2022.

1. Permit is granted for the period ending December 31, 2022.
2. Hours of operation from September 16, 2022 thru October 29, 2022 shall be:
     Friday & Saturday – 5:00 P.M. – 11:00 P.M.
     Sunday – 5:00 P.M. – 10:00 P.M.
3. All ticket sales to stop at 10:00 P.M. on Friday and Saturday evenings. Ticket sales to stop at 9:00 P.M. on Sundays.
4. Website to show change in hours of operation.
5. A band will be allowed twice during the season on Saturdays with dates to be determined and playing to stop at 10:00 P.M..
6. 6' Fence to be installed on the north side of the property.
7. Parking attendants must be in place to help facilitate ingress and egress.
8. Off Duty Sheriff's to be on site.
9. No Parking signs to be placed on roadways.
10. Wine and beer will be allowed from New York State Vendors.
11. Comply with all Federal, State and Local Laws.
12. Food Trucks will be allowed.
13. A $2,000,000.00 Liability Policy will be enforced.
14. Porta Johns and Dumpsters shall be 50' from the property line.

Wilson_000808

**Town of Wilson**
**Zoning Board of Appeals**
**June 27, 2022**

15. Lights will be kept away from the neighbors.
16. Revenue receipts due each year to prove AG & Markets requirements.

**MOTION TO ADJOURN**: 1st – Brian Peck; 2nd – John Sinclair

**MOTION CARRIED BY ALL**
*Meeting adjourned at 9:35 P.M.*

*Respectfully Submitted*
*Phyllis Morgante, Planning & Zoning Board Clerk*

Wilson_000809