# L

FILED: NIAGARA COUNTY CLERK 06/28/2024 11:46 PM    INDEX NO. E181144/2023
Case 1:25-cv-01124-LJV-MJR    Document 9-13    Filed 01/09/26    Page 2 of 3 81144/2023
NYSCEF DOC. NO. 38

FILED: NIAGARA COUNTY CLERK 02/23/2024 03:45 PM    RECEIVED NYSCEF: 06/28/2024
NYSCEF DOC. NO. 38                                            RECEIVED NYSCEF: 02/23/2024





## ZONING BOARD OF APPEALS

### SPECIAL USE PERMIT FINDINGS & DECISION

Hearing Held on: 6/27/2022

Applicant: ___Cory Quinn_____

Address: ___20 River Oaks Drive_____
___Grand Island, NY_____

Property location: _2860 Beebe Road_____    SBL# 37.00-1-35.2

Request of Applicant for Special Use Permit Renewal to Operate a Haunted Forest per Business Plan on file .

Zoning Board of Appeals has Declared a ☐ Positive ☐ Negative declaration upon the SEQR form.

### DETERMINATION OF THE ZBA BASED ON THE ABOVE FACTORS:

☐     The applicant's request for a Special Use Permit has been DENIED.

☒     The applicant's request for a Special Use Permit has been GRANTED WITH CONDITIONS.

<u>WITH CONDITIONS</u>

The ZBA finds that the following conditions are necessary and must be adhered to or the Special Use Permit shall be revoked.

1. Permit is granted for the requested operating dates of September 16, 2022 thru October 29, 2022.

2. Requested days and hours of operation from September 16, 2022 thru October 29, 2022 shall be:

    Friday & Saturday – 5:00 P.M. – 11:00 P.M.
    Sunday – 5:00 P.M. – 10:00 P.M.

    All ticket sales to stop at 10:00 P.M. on Friday and Saturday evenings, and everything closed up and guests out by 11:00 P.M. . Ticket sales to stop at 9:00 P.M. on Sundays and everything closed up and guests out by 10:00 P.M. Sundays will only be in the month of October. Fridays and Saturdays in the month of September.

3. A band will be allowed twice during the season on Saturdays with dates to be determined and playing to end of ticket sales at 10:00 P.M..

4. A Fence to be installed on the north side of the property prior to opening day of September 16, 2022.

0057

R0277

Case 1:25-cv-01124-LJV-MJR   Document 9-12   Filed 01/09/26   Page 3 of 3

FILED: NIAGARA COUNTY CLERK 02/23/2024 03:45 PM          INDEX NO. E181144/2023
NYSCEF DOC. NO.                                           RECEIVED NYSCEF: 02/23/2024

5. Cars will be backed in on the east side of the parking lot to reduce glare from lights to neighbors across the street. Parking attendants / deputies will manage light pollution control measures.

6. Parking attendants and Off Duty Deputies must be in place to help facilitate ingress and egress.

7. No Parking signs to be placed on both sides of the road and adjacent to the to the entrance. They will be offered to any neighbors if they wish to place them on their property.

8. Wine and beer will be allowed from New York State Vendors, Food trucks will be allowed.

9. Comply with all Federal, State and Local Laws.

10. A $2,000,000.00 Liability Policy must be in place prior to event start date and on file with the Town. ~ *Attached to Permit*

11. Porta Johns and Dumpsters shall be 50' from the property line.

12. Revenue and Financial Reports allowed per AG & Market Rules due to the town once it is filed for the 2022 season in the 1st quarter of 2023 to prove AG & Markets requirements..

| Name | | |
|---|---|---|
| John Moley | ☐ Yea ☑ Nay ☐ Absent ☐ Abstain | |
| John Sinclair | ☐ Yea ☑ Nay ☐ Absent ☐ Abstain | |
| Robin Mignella | ☑ Yea ☐ Nay ☐ Absent ☐ Abstain | |
| Brian Peck | ☑ Yea ☐ Nay ☐ Absent ☐ Abstain | |
| Amy Wiltse | ☐ Yea ☐ Nay ☐ Absent ☑ Abstain | |
| Corey Harmon | ☑ Yea ☐ Nay ☐ Absent ☐ Abstain | |

Dated: __7/22/2022__

_____
John Sinclair
Chairman, Zoning Board of Appeals

R0278