M

FILED: NIAGARA COUNTY CLERK 06/28/2024 11:46 PM
INDEX NO. E181144/2023

NYSCEF DOC. NO. 8

FILED: NIAGARA COUNTY CLERK 09/22/2023 04:32 PM
INDEX NO. E181144/2023

NYSCEF DOC. NO. 6

RECEIVED NYSCEF: 06/28/2024
RECEIVED NYSCEF: 09/22/2023

Case 1:25-cv-01124-LJV-MJR    Document 9-13    Filed 01/09/26    Page 2 of 4



**ANDREOZZI BLUESTEIN** LLP
*Solving Tax Problems*

9145 Main St. Clarence, NY 14031
P 716-565-1100  F 716-565-1920

December 15, 2022

<u>**VIA U.S. MAIL**</u>
Town of Wilson
375 Lake Street, P.O. Box 537
Wilson, New York 14172

> Re:    Special Use Renewal Application
>          Haunted Forest LLC

Dear Sir or Madam,

Our office represents Haunted Forest LLC, which operates a haunted hayride at 2860 Beebe Road, Newfane, NY 14108. Please find enclosed a Special Use Application, along with a check for $90.00 for the renewal fee. We would appreciate the consideration of our request to be scheduled for the January meeting.

Should you have any questions or concerns, you can reach me at 716-565-1100. Thank you for your time and attention to this matter.

Sincerely,

Justin J. Andreozzi

Encl: As stated.
Cc: Steve & Tracy Quinn

1

R0274



**TOWN OF WILSON**
375 Lake Street, P.O. Box 537
Wilson, New York 14172
www.wilsonnewyork.com

Doyle H. Phillips, Supervisor
A. Diane Muscorell, Town Clerk
Phone (716) 751-6704
FAX (716)751-6706

Date: 12/13/2022

*Fire Special Use Permit*

## Special Use Application

### APPLICANT

I hereby state that all the above statements and the statements in all exhibits transmitted with this application are true.

Applicant Name: HAUNTED FOREST LLC (Client)
                                    PRINTED

Applicant Signature: Austin of Ambrogio, REPRESENTATIVE

Mailing Address: 9145 MAIN ST.
                          CLARENCE, NY 14031

Phone: 716-565-1100
              (Daytime)                    (Evening)

---

### CODE ENFORCEMENT OFFICER

Property Address: _____

SBL# _____ Zone Class: _____

Request: _____

_____

(Please attach additional pages for request if needed)

APPLICATION INSTRUCTIONS: All required documents and fees must be submitted two weeks prior to the next scheduled Planning Board and Zoning Board of Appeals meetings.

_____1.   SITE PLAN: Drawn to scale showing the location of existing and proposed buildings, driveways, lot lines, and north arrow. Please include all measurements from existing and proposed buildings to lot lines.

_____2.   SURVEY MAP/TAX MAP: Showing lot dimensions, in addition to a Pictometry aerial view of site from CEO.

_____3.   APPLICATION FEE: $210.00** (RENEWAL FEE IS $90.00)

Applicants submitting Variance Requests that require Niagara County Planning Board approval will be required to pay any additional fees assessed by the County.

2

R0275

ANDREOZZI BLUESTEIN LLP            IOLA, ATTORNEY TRUST ACCOUNT                    2230

DATE    : Dec/12/2022
CHE #   : 2230
AMOUNT  : $90.00
ACCOUNT: TRUST - 27
PAID TO: Town of Wilson
         375 Lake Street
         PO Box 537
         Wilson
         NY
         14172

Special Use Application fee for Haunted Forest LLC

CLIENT: Haunt - Haunted Forest LLC
MATTER: 22-0119

ANDREOZZI BLUESTEIN LLP                                    2230
IOLA, ATTORNEY TRUST ACCOUNT
9145 MAIN ST                                        DATE
CLARENCE, NY 14031                              Dec/12/2022

                                               AMOUNT
                                             $ $90.00

Ninety ************************************************************ 00/100

PAY