# N

**TOWN OF WILSON**
*375 Lake St, PO Box 537*
*Wilson, New York 14172*
[www.wilsonnewyork.com](www.wilsonnewyork.com)



*Planning Board Chairman*
*Michael Seeley*
***Zoning Board Chairman***
*John Sinclair*
*Phone (716) 751-6705*

NOTICE OF PUBLIC HEARING
TOWN OF WILSON
ZONING BOARD OF APPEALS

PLEASE TAKE NOTICE that the Town of Wilson Zoning Board of Appeals will conduct public hearings on April 26th, 2023 at 7:00 p.m. at the Wilson Town Hall, 375 Lake Street, Wilson NY to consider the following:

1.      Special Use Permit Renewal- Melissa Koser- Szczepanski of 4430 Chestnut Rd, Wilson, NY 14172(SBL#64.00-2-55.1) RR200 is requesting a renewal permit to operate a commercial horse barding facility at 4430 Chestnut Rd. Wilson, NY 14172.

2.      Special Use Permit Renewal - Gloria Williams of 3307 Youngstown- Lockport Rd. Ransomville, NY 14131 (SBL# 63.00-2-48.11) is requesting a renewal permit to operate a beauty shop at 3307 Youngstown- Lockport Rd. Ransomville, NY 14131.

3.      Special Use Permit Cancelation- Ronald Schearer of 4335 Wilson- Burt Rd. Wilson, NY 14172 (SBL#23.00-3-29) ZONED SRR150 is requesting that his special use permit be canceled as of April 21, 2023 as the fruit stand will no longer be in operation.

4.      Special Use Permit Renewal- Daniel Burt of 3728 Wilson- Cambria Rd. Wilson, NY 14172 (SBL#64.00-1-60.112) is requesting a renewal permit to operate two personal therapy ponies at 3728 Wilson- Cambria Rd. Wilson, NY 14172.

5.      Special Use Permit Renewal- Brian Monahan/Monahan Farms of 2778 Youngstown- Lockport Rd. Ransomville, NY 14131 (SBL# 62.00-3-26.1) is requesting a renewal permit to operate a retail vegetable stand at 2778 Youngstown-Lockport Rd. Ransomville, NY 14131.

6.      Special Use Permit Renewal- Henry Connor of 4256 East Lake Rd. Wilson, NY 14172 is requesting a renewal permit for a cellular tower at 610 Lake St. Wilson, NY 14172 (SBL# 23.14-1-19.1).

7.      Special Use Permit- Karen Jowly of 4127 Chestnut Rd. Wilson, NY 14172 (SBL# 64.00-1-11.22) ZONED RR200 is requesting a special use permit at 4127 Chestnut Rd. Wilson, NY 14172 to operate a commercial kitchen in home to make baby food.

8.      Area Variance- Russell Burr of 77 West Park Rd. Grand Island, NY 14072 is requesting an Area Variance at 2310 Cleveland Dr. Wilson, NY 14172 (SBL# 22.33-1-14). The Variance request is for 45 Ft "front" setback to be in line with the neighbor's properties and a setback of 10 ft from 2304 Cleveland Dr.

Wilson_000838

9.      Special Use Permit- Terry Burton Attorney at Law for Wilson Harbor Place, LLC of 61-1 and 77 Harbor St. Wilson, NY 14172 (SBL# 23.05-1-62 and 12.17-3-58.3) ZONED W-C is requesting a Special use permit to operate town houses in a commercial zone.

10.     Area Variance- Terry Burton Attorney at Law for Wilson Harbor Place, LLC of 61-1 and 77 Harbor St. Wilson, NY 14172 (SBL# 23.05-1-62 and 12.17-3-58.3) ZONED W-C is requesting an variance under section 127-28 relating to yard requirements and a variance under section 127-29 relating to height requirements.

11.     Special use Permit – Justin Andreozzi Attorney of law representing the Haunted Forest, LLC of 2860 Beebe Rd. Newfane, NY 14108 (SBL#37.00-1-35.2) ZONED RR-200 is requesting a special use permit to operate a farm with a Haunted hayride and corn maze.

BY ORDER OF THE ZONING BOARD OF APPEALS
John Sinclair, Chairman
Rebecca Susice, Clerk

Wilson_000839