O

Wilson_ 000 204
Wilson- 000208 (Duplicate)

Town of Wilson *ZONING BOARD*

Town of Wilson Zoning Board
Wednesday April 26th, 2023

The Town of Wilson Zoning board meeting was called to order at the Wilson Town Hall at 7:00 P.M by Chairman John Sinclair.

**Members Present for the Meeting:** Corey Harmon, John Sinclair, Robin Mignella, and Amy Wiltse.

**Other Present:**
Rebecca Susice (Clerk)
Travis Evans
Kyle Andrews
Justin J. Andreozzi- Attorney at law representing the Haunted Forest, LLC
Diane Muscoreil

Chairman John Sinclair led the meeting in a Pledge of Allegiance and welcome all the meeting.

The minutes of the March 22nd, 2022 ZBA Meeting were reviewed and approved on a motion by Corey Harmon, seconded by Amy Wiltse, and unanimously carried.

**Special Use Permit Renewal:** Diane Muscoreil of 3505 Wilson-Cambria Rd, Wilson, NY 14172 is requesting a renewal permit to operate an Antique/Gift shop out of her home residence at 3505 Wilson-Cambria Rd, Wilson, NY 14172. Chairman Sinclair read the original permit from 2011 with the terms and conditions/restrictions. The permit was granted for ten years expiring on October 31st, 2022. He asked if there were any changes to the operation, and Mrs. Muscoreil reported that there were none. The floor was opened to public comments, and there being none he closed public participation. **MOTION:** A motion was made by Robin Mignella, seconded by Corey Harmon, to renew Mrs. Muscoreil permit for ten years to expire on March 31st, 2033. The motion carried unanimously.

**Special Use Permit Renewal:** Justin J. Andreozzi Attorney at law representing the Haunted Forest LLC. at 2860 Beebe Rd, Wilson, NY 14172 is requesting a renewal permit to operate the Haunted Forest LLC, which is for the running of haunted hayrides and a corn maze. Mr. Andreozzi advised the board members that the barn will **not** be used in this upcoming 2023. He also states that they are only asking for this attraction to operate for 18 days out of the year.  John Sinclair had a few questions for Mr. Andreozzi. Mr. Sinclair wanted to know what the start and date for this attraction was going to be. Mr. Andreozzi advised that he thought it might be October 1st to October 29th but could not confirm so he advised he will get back to that and let us know. Mr. Sinclair then asked the Mr. Andreozzi about the fence that was supposed to be installed to protect the neighbors from the car headlights. Mr. Andreozzi advised that a trap was added to the horse fence and haybales to protect from the headlights. Mr. Andreozzi also advised that extra security camera was recently added to the property as well. The attorney also advised that he was not sure if the no parking signs that was required by the town was posted.

The floor was opened to public comments:

**Chivonne Barnum** at 2874 Beebe Rd, Newfane NY 14108 was the first to speak. Mrs. Barnum advised that this attraction does nothing but negatively impact her and her family. Her 5-year-old daughter will have to stay up until 12:30 or later the nights they are running because of the noise level. The Haunted forest is about 60 ft from the daughter's bedroom window and the headlight will shine right in the house including her bedroom. The property owner is worried about her safety and if she will get harassed at night for parking her car in her own driveway. She works nights and when she comes home is also worried that her car will get damaged and needs to watch were,

Wilson_000449

she parks it so that doesn't happen. One night her house had a rock shower for a should 10 to 15 mins, causing damage to her window. Called Police and they refuse to write a report. Owners are now looking to sell but was told not put the house on the market during the time the haunted forest is up and running.

**Sara Herrmann** at 2854 Beebe Rd, Newfane NY 14108 stated that the fence that was put up is not a fence and does not block the headlight from coming thought the house. The old haybales used to block the headlights are still present to this day and was not removed from the property. The light installed on the property do not turn off at all and are on all day and night. The stage that was built is about 150 ft from there home and will have live music and dancing happening which causes a lot of noise on top of the noise from the haunted forest. She feels 6 weeks is too long and they can't enjoy any fall nights on the weekend in the backyard because of the level of noise.  Sara then played a video for the board to show just how loud it is from their backyard.

 **Mark Schmitkons** at 2840 Beebe Rd, Newfane NY 14108 stated he feel like he was set up by the board last year when they agreed to giving the haunted forest a permit. Mr. Schmitkons advised they are not following the closing requirements set by the town and still on the property at 12:30 pm. The Fence that was put up to help the headlights were not what was supposed to be installed and it does nothing. The haybales installed to block the headlight are not high enough and does nothing as well. Mr. Schmitkons called the cops one night for shots fired. When the cops can they closed it down for 30 mins to check the situation out and never received a police report with the correct information on it. The stage had dancers on and they also had a giant projector screen in the back with light that light up the whole property. He was also told that if we called the police, they would not be doing anything, and he feels that they work for the Quinn's and nothing will ever get done about the noise and disturbance it causes to the neighborhood.

**Dan King** at 2898 Beebe Rd, Newfane NY 14108 advised that he can confirm he saw rock being thrown at Chivonne Barnum property. He also advised that he has seen alcohol present on the property. He was not sure if it was being sold or just allowed to be brought on the property but it not necessary whatsoever. Mr. King also feels that the cops are looking the other way on anything involving this property.

**Brandon Darnell** at 2869 Beebe Rd. Newfane, NY 14108 advised that he also gets headlight in the home. The noise will go until 11 or 12 at night. The noise is 80-90 ft from the children's windows. Mr. Darnell advised that his 7 years old daughter told him that she can't sleep at night since the Haunted Forest has been operating. Mr. Darnell is opposed to the Haunted Forest getting a renewal permit for the health and safety of his children.

**Kristen Sheldon**- on Nelson Rd. stated that Wilson is known as quite rural area with the haunted forest in business that could not be further from the truth and is not what Wilson is known for. Kristen is friend with the Herrmann's and will go over on nights that the haunted forest is open. Mrs. Sheldon stated that the sounds that are coming from that property are horrifying. Her kids are scared when they are over visiting, and she stated that she can only last an hour over there due to noise. Mrs. Sheldon also feel that this idea may look great on paper, but nothing compares to what is going on when you see if for yourself.

**Tara Wass**- 4335 Nelson Rd. Wilson, NY 14172. Tara is also friends with the Herrmann's and can also confirm that the house that happens on the property is horrifying when they go over to visit. Mrs. Wass had a question to the attorney asking why security cameras were added to the property. John Sinclair stated he will answer when he had his time to rebuttal.

- The floor was closed for public participation.

**Justin Andreozzi had his time to rebuttal:**

He thanked everyone for voicing their concerns in this situation.  Mr. Andreozzi advised that to his knowledge he was told there was no violations on the property. He also advised that the property owner has the right to use the property in any way they would like. Mr. Andreozzi address the answer about the security cameras that were

Wilson_000450

installed on the property. He advised that the cameras were installed so that everything that is happening on the property can be documented if a compliant is made and they would have the footage for the police when called.

Kyle Andrew asked Justin Andreozzi if he brought the lease agreement from Tracy Quinn that gives steven and Cory permission to use the land for this matter. Mr. Andreozzi advised he did not have it as of now but could get one. Kyle advised since that was not present at this time, he requested this matter be adjourned until received.

Mr. Andreozzi also requested an adjournment.

Motion to adjourn the meeting at 8:32

1st- Amy Wiltse, 2nd by Corey Harmon, All in favor

Next Planning board meeting will be May 24, 2023 at 7:00 pm at the Wilson Town Hall

Respectfully submitted,

Rebecca Susice

Planning/ Zoning Board clerk

Wilson_000451