**P**

**FILED: NIAGARA COUNTY CLERK 02/23/2024 03:45 PM**
INDEX NO. E181144/2023

NYSCEF DOC. NO. 38

RECEIVED NYSCEF: 02/23/2024

**TOWN OF WILSON**
375 Lake Street P.O. Box 537
Wilson, New York 14172

www.wilsonnewyork.com



*Planning Board Chairman*
*Michael Seeley*
*Zoning Board Chairman*
*John Sinclair*
*Phone (716) 751-6705*

May 16th, 2023

Justin Andreozzi
9145 Main St.
Buffalo, NY 14031

Dear Mr. Andreozzi

This letter is to inform you that the application for a Special Use Permit for the Haunted Forest, LLC at 2860 Beebe Rd. Newfane, NY 14108 will be reviewed before the Town of Wilson Zoning Board of Appeals on **Wednesday May 24th, 2023 at 7:00 p.m.** in the Wilson Town Hall.

It is on your best interest to attend. However, if you are not able to attend, please consider sending a representative who is familiar with the project.

Your Truly,

Rebecca Susice
Town of Wilson
Planning/Zoning Board Secretary

MAILED
5/16/23

EMAILED
5/16/23

Case 1:25-cv-01124-LJV-MJR    Document 9-16    Filed 01/09/26    Page 3 of 3

**TOWN OF WILSON**
375 Lake Street P.O. Box 537
Wilson, New York 14172





*Planning Board Chairman*
Michael Seeley
*Zoning Board Chairman*
John Sinclair
Phone (716) 751-6705

May 16th, 2023

Tracy Quinn
4871 Shadigee Rd.
Newfane, NY 14108

Dear Mrs. Quinn

This letter is to inform you that the application for a Special Use Permit for the Haunted Forest, LLC at 2860 Beebe Rd. Newfane, NY 14108 will be reviewed before the Town of Wilson Zoning Board of Appeals on **Wednesday May 24th, 2023 at 7:00 p.m.** in the Wilson Town Hall.

It is on your best interest to attend. However, if you are not able to attend, please consider sending a representative who is familiar with the project.

Your Truly,

Rebecca Susice
Town of Wilson
Planning/Zoning Board Secretary