S

**MINUTES**

**Town of Wilson, New York Ethics Committee**

**Complaint filed by Cory Quinn of the Haunted Forests on 6/26/2023**

**Meeting, December 4, 2023, 1400 hrs.**

Members Present:

> Robert A. Hull, Chairman
> Janet Hoffman
> Mary Palacios
> Mark Schmitkons

After introductions, Janet Hoffman indicated she is a 20 year member of the committee and Mary has been on the committee for 12 years.

Mary Palacios stated she would recuse herself from the complaint regarding John Moley, as that is her brother.

Robert Hull noted that he is a Councilman on the Town of Wilson Town Board. Town regulations require one member of the Ethics Committee to be an elected official. Further, the Wilson Town Board has had no role in the approval process for Haunted Forest.

Mr. Schmitkons disclosed he is a resident on Beebe Road, near the Haunted Forests. operation.

All members of the committee have previously been furnished with the complete package of complaints that was submitted by Haunted Forest.

Complaint Summary:

There was a brief review of the three complaints. They are:

1. Complaint against John Moley, Planning Board Member, 19 Exhibits
   a. He talked to neighbors about project
   b. One neighbor is employed by Moley
   c. He is opposed to project
2. Complaint against Diane Muscoreil, Town of Wilson Town Clerk, 4 exhibits
   a. Responding to a FOIL request for Schedule F Tax Records and release of EIN number.
3. Complaint against Travis Evans, Wilson Building Inspector
   a. Conspiring with neighbors
   b. Releasing information
   c. Watching the operation

The first item addressed was the complaint against Diane Muscoreil, Town Clerk of The Town of Wilson. Not only was there an ethics complaint, but Haunted Forest threatened her with fines and imprisonment.

Additional information previously provided by the Town Clerk to Robert Hull:

Letter from A. Diane Muscoreil to NYS Committee on Open Government, 9/11/2022 with a Response from Committee with attachments, 9/12/2022

The board reviewed the complaint and the letter from the New York State Committee on Open Government.

The committee agreed with the New York State opinion that A. Diane Muscoreil, acted properly in her response to a FOIL request for information about the Special Use Permit for Haunted Forest. The State of New York Committee on Open Government agrees that there was no unwarranted invasion of personal privacy and no statute prohibiting the release of an EIN. The item in question was simply a Schedule F from a tax return, which was a required item in ZBA Special Use application. The complete tax return was not part of the submittal.

The second item the Committee reviewed was the complaint against Travis Evans, Wilson Building Inspector.

The Committee called A. Diane Muscoreil to the hearing to address certain issues. Ms. Muscoreil testified that the Wilson Town Board did authorize and direct Building Inspector Travis Evans to monitor operations during events at Haunted Forest. This action was very similar to the Town Board directing a previous Building Inspector, several years ago, to monitor a Flying Club, also on Beebe Road, because of a large number of complaints.

Committee member, Robert A. Hull, as a member of the Wilson Town Board, also confirmed that the Town Board directed Mr. Evans to monitor the operations of Haunted Forest. Mr. Hull noted in the testimony that the Town Board was also looking to protect the interests of Haunted Forrest from potential false homeowner complaints.

M. Muscoreil also spoke briefly about the circumstances regarding the ethics complaint against her which the committee had already addressed.

Building Inspector Travis was called to offer his explanation of events.

There was an issue regarding false signatures on liquor license. This was not a Town issue.

There was discussion about a man named Jimmy Laughlin. Mr. Laughlin was the previous owner who transferred the property to his daughter Ms. Quinn. Mr. Laughlin continued to maintain 2 horses on the property.

The "shots fired" complaint issue was found to have nothing to do with ethics.

One of the complaints dealt with releasing confidential information. Mr. Evans testified that there is no confidential information in his office. Anyone can inquire or obtain information about a specific project. The records in the Building inspectors office is also addressed in the New York State opinion on The Town Clerk FOIL request. This opinion is consistent with Mr. Evans understanding.

There was a discussion regarding Mr. Moley with member Mary Palacios recusing herself.

The claim that Mr. Moley had always been opposed to this project is not supported by the facts. Mr. Moley did vote in favor of the Haunted Forest in is first year of operation.

With regard to Mr. Moley speaking to an adjacent neighbor to the project, who is also one of his employees. The committee found no basis for this being improper. In fact, Board members are expected to review and investigate matters before them. If the reverse were

true, ie. The neighbor was the employer and pressured the employee ZBA member to vote a certain way, that would likely be an ethics issue.

If any member of a ZBA or Town Board or any Board is opposed to a project, that is not grounds for an ethics violation. The complaint suggests that only people who support his project should be members of the various boards. There were two(2) "No" votes for the second year of operation, Mr. Moley and ZBA Chairman John Sinclair. For the third year of operation, there has been no vote. The ZBA requested additional information which Haunted Forest has not furnished to date.

There was a phone conversation with Mr. John Moley as the end of the meeting.

Information will be obtained to formally address the Zoning Board member rights to inspect the project.

The committee adjourned the meeting at 1545 hrs. and scheduled another meeting on December 8, 2023 at 1230 hours.

Robert A. Hull, Chairman