# T

**MINUTES**

**Town of Wilson, New York Ethics Committee**

**Complaint filed by Cory Quinn of the Haunted Forests on 6/26/2023**

**Meeting, December 8, 2023, 1230 hrs.**

Members Present:

       Robert A. Hull, Chairman
       Janet Hoffman
       Mary Palacios
       Mark Schmitkons

Also Present:

Kyle Andrews, Wilson Town Attorney

With regard to Mr. Moley, additional information submitted by Robert Hull to support previous discussions, is a portion of the New York State Division of Local Government, Zoning Board of Appeals statutory rules. On page 31, 7th paragraph,  of this document, it states:

"The same rule applies to personal inspections of the premises by board members; **a personal inspection is perfectly all right,** but if something learned in such inspection is relied upon, it should be included in the record."