# U

**SUMMARY REPORT OF FINDINGS**

**Town of Wilson, New York Ethics Committee**

**Complaint filed by Cory Quinn of the Haunted Forests on 6/26/2023**

**December 8, 2023**

Committee Members:

> Robert A. Hull, Chairman
> Janet Hoffman
> Mary Palacios
> Mark Schmitkons

Also present:

> Kyle Andrews, Wilson Town Attorney

### A. Ethics Complaint against A. Diane Muscoreil, Wilson Town Clerk

After review of the facts and information presented, the committee finds that the Wilson Town Clerk, A. Diane Muscoreil, acted properly in her role as Wilson Town Clerk and did not violate any ethics standards.

This was by unanimous vote of all Committee Members.

### B. Ethics Complaint against Travis Evans, Wilson Building Inspector

After review of the facts presented, the committee finds that the Wilson Building Inspector, Travis Evans, acted properly and ethically in his role as Wilson Building Inspector and did not violate any ethics standards.

This was by unanimous vote of all Committee Members

### C. Ethics Complaint against John Moley, Wilson Planning Board Member

After review of the facts presented, the committee finds that John Moley, Planning Board Member, acted properly and ethically in his role as Wilson Planning Board Member and did not violate any ethics standards.

This was by unanimous vote of all Committee Members, except Mary Palacios, who recused herself as Mr. Moley is her brother.


Robert A. Hull, Chairman