

KYLE R. ANDREWS
ATTORNEY AT LAW

## MEMORANDUM

To:     Members of Town Board

From:   Kyle R Andrews, Town Attorney

Date:   December 19, 2023

Re:     Ethics Committee Summary Findings

The purpose of the memorandum is to apprise the Town Board as to the process and findings of the Town of Wilson Ethics Committee (hereinafter "the Committee") in response to a complaint that was filed by Cory Quinn of Haunted Forests, LLC.

### PROCESS

The Committee met initially on December 4, 2023. Voting members of the Committee, Robert Hull, Janet Hoffman and Mary Palacios were present. The complaint involved various allegations against three town officials: A. Diane Muscoreil, Town Clerk; Travis Evans, Code Enforcement Officer; and, John Moley, Zoning Board of Appeals Member. At the outset of the meeting, Mary Palacios disclosed a familial relationship with John Moley, and, therefore, she would not partake in discussion or findings involving him.

Each member had been provided with a packet containing Mr. Quinn's allegations in advance of the meeting. The Committee proceeded to review allegations against each official in a separate and distinct manner. The Committee personally interviewed Ms. Muscoreil and Mr. Evans relative to respective complaints against them. A telephone interview was conducted of Mr. Moley.

The Committee held a final meeting on December 8, 2023. I attended the meeting in my capacity as Town Attorney. All voting members were present again.

### FINDINGS

Ms. Muscoreil: The Committee found actions taken by Ms. Muscoreil in her role as Town Clerk to be proper. In furtherance of their conclusion, the Committee noted that Ms. Muscoreil sought an advisory opinion from the New York State Committee on Open Government prior to responding to a Freedom of Information Request.

4810 Wilson Burt Road, Wilson, New York 14172· 716-870-7043
kyleandrews2010@hotmail.com

Mr. Evans:  The Committee found the actions taken by Mr. Evans in his role as Code Enforcement Officer to be proper.

Mr. Moley:  The Committee, with member Palacios abstaining, found the actions taken by Mr. Moley in his role as Member of the Zoning Board of Appeals to be proper. The Committee noted Mr. Moley had actually voted in the affirmative the issuance of a Special Use Permit previously.

Best Practice:  The Committee took note of the frequent correspondence from attorneys for Cory Quinn and Haunted Forests with town officials throughout the Special Use Permit application process.  The Committee recommends that as a best practice the Town Attorney be made aware of any discussions with attorneys representing applicants before the Zoning Board of Appeals.

## CONCLUSION

As Town Attorney, I found the actions of the Committee to be thorough and absent of outside influence.  Nothing disclosed in my discussion with the Committee indicated a need for further action by the Town Board.

4810 Wilson Burt Road, Wilson, New York 14172· 716-870-7043
kyleandrews2010@hotmail.com