

At IAS Part II of the Supreme Court of the State of
New York, held virtually for the County of Niagara,
on the 6th day of March, 2024.

PRESENT:        __Honorable Frank A. Sedita, J.S.C.__
                Justice Presiding

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NIAGARA

---

HAUNTED FOREST LLC and
TRACY A. QUINN,

                         Petitioners/Plaintiffs,                    **ORDER**

                             -against-

                                            Index No. E181144/2023

TOWN OF WILSON, NY, and
TOWN OF WILSON ZONING BOARD.

                       Respondents/Defendants.

---

        Petitioners/Plaintiffs Haunted Forest LLC and Tracy A. Quinn (together the "Petitioners"),

having filed a Verified Petition/Complaint on September 22, 2023, together with exhibits and

affidavits, alleging eleven causes of action including Article 78 claims seeking (1) a judicial

determination that Petitioners' application for a special use permit to operate a corn maze and

hayride involves Type II actions exempt from SEQRA, (2) a judicial determination rejecting and

reversing Respondent's Positive Declaration, and (3) damages including, but not limited to,

Petitioners' lost profits, consequential and compensatory damages, costs, expenses and attorneys'

fees, and

        Respondents/Defendants, Town of Wilson, NY and Town of Wilson Zoning Board

(together the "Respondents"), having filed a pre-Answer motion to dismiss on November 29, 2023,

and Petitioners having filed opposition to Respondents' motion on January 5, 2024, and

Respondents having filed a reply memorandum of law in further support of Respondent's motion to dismiss, and

The Court, having read the forgoing papers and heard oral argument on the issues, issued an Order dated February 8, 2024, denying Respondents' motion to dismiss, ordering Respondents to file their Answer to the Petition/Complaint by February 23, 2024, and setting oral argument on the Petition for March 6, 2024, at 10:30 a.m., and

Respondents, having filed their Verified Answer to Petition and Objections in Point of Law, together with Exhibits, Affidavits and Article 78 Record, on February 23, 2024, and Petitioners having filed an Attorney Affirmation, together with exhibits, dated March 5, 2024,

**NOW**, the Petition/Complaint having come to be heard before the Honorable Frank A. Sedita, III, Justice of the Supreme Court, at a Virtual Proceeding held on March 6, 2024, and

**NOW**, upon reading the forgoing submissions, the numerous evidentiary submissions by the parties, and the appearances of Diane Lufkin Schilling, counsel from Napierski, Vandenburgh, Napierski & O'Connor, attorney of record for Respondents, and Justin J. Andreozzi, counsel from Lippes Mathias LLP, attorney of record for Petitioners, on March 6, 2024, and after due consideration and deliberation, this Court issues a written Decision dated March ___, 2024, and it is hereby

**ORDERED** that Petitioners' Petition/Complaint is GRANTED to the following extent:

**ORDERED** that Petitioners' application for a special use permit to operate a corn maze and hayride involved a Type II action, which is exempt from SEQRA and the Wilson Zoning Board's positive declaration on the Type II action is accordingly reversed; and it is further

2

**ORDERED** that the Wilson Zoning Board is directed by this Court to address the pending special use permit to operate the corn maze and hayride without any SEQRA analysis and to have that all completed within 30 days; and it is further

**ORDERED** that a damages inquest hearing will be scheduled by the Court to determine the amount of lost profits, damages, expenses, and attorney's fees to be awarded.

Dated: April 2, 2024

_____
Frank A. Sedita, III, J.S.C.

3