

WILSON_000264

## Town of Wilson Planning Board

### Monday, June 17th, 2024

The Town of Wilson Planning Board meeting was called to order at the Wilson Town Hall at 7:00 pm by Chairman Mike Seeley with the pledge to the flag.

**Members Present:** Chairman Mike Seeley, Jory Roblee, Charles Milne, Vanik Aloain, James Jackson, and Rebecca Susice (clerk).

Also, present; Kimberly Nason and Kyle Andrews Attorney in the matter for the Town of Wilson.

**Absent:** Dave Warsocki.

**1. Special Use Permit:** Haunted Forest LLC of 2860 Beebe Rd. Newfane, NY 14108 is requesting a special use permit to operate a haunted hayride and corn maze at 2860 Beebe Rd. Newfane, NY 14108 (SBL#37.00-1-35.2) ZONED RR200. The board will be hearing on the application that was submitted in 2023.

**Action:** The Haunted Forest LLC is asking to renew the special use permit that was submitted for the 2023 season and have a decision made base off the last application. Kimberly Nelson presented the town board a resolution regarding the special use permit renewal application by the Haunted Forest LLC to operate a Haunted Hayride and Corn Maze together with other proposed agricultural tourism activities at 2860 Beebe Rd. Newfane, NY.

All board members and representing Attorney's entered an executive session at 7:01. The motion was made to enter an executive session for the purpose of discussing pending litigation in the matter of Haunted Forest LLC and Tracy A Quinn vs. Town of Wilson and Town of Wilson Zoning Board. The motion was made by Mr. Seeley and seconded by Mr. Milne and unanimously approved.

The executive session closed at 7:29.

The Floor was open for public comment this time:

No representation from the applicant was in attendance.

**Paul Herrmann:** at 2854 Beebe Rd, Newfane, NY 14108 (North of property) Mr. Herrmann stated that the noise from the event is very loud and will keep the family up at night. This happens in the fall, and they can't enjoy their backyard with all the noise that sounds like gunfire and loud banging. The lights from the parking lot shine in the house as well as the big projector screen that is very close to his property.

**Mark Schmitkons:** at 2840 Beebe Rd. Newfane, NY 14108 (North of the property) Mr. Schmitkons stated that they would call the sheriff's department on people doing burnout, drinking and screaming on the property and it was ignored. The did hire sheriff's to be on duty during business hours but when they left things started happening on this property and the neighbors had no one to call. He stated that the neighborhood kids are being traumatized.

**Dan King:** at 2898 Beebe Rd. Newfane, NY 14108. Mr. king stated this is an amusement park not a hayride. The noise and commotion on the property is unbelievable and would never comply with the agriculture standards. Alcohol was present on the property and Mr. King is still not sure how that was present. There are young kids in the neighborhood that are now traumatized by the noise and sounds that are present from this event. The off-duty deputies that were on scene were great, but you can never get an honest report because no one wants to make anyone look bad. They never complied with the rules set in place.

**Ann Stimson:** at 2826 Beebe Rd. Newfane, NY 14108 (3 house north of property). Mrs. Stimson stated there was a lot of loud noise happening all the time and past the hours of operation. Road safety is a big issue, fast traffic and blinded by headlight. She didn't realize that alcohol was being severed and people were driving home. It was a very difficult situation for all the neighbors, and they don't want this to happen again.

Public comments are closed

The Planning Board discussed the application, noted concern as to whether this was actually a farm operation. The board also discussed the findings required by Section 127-46(A) of the Code. Specifically, the board discussed that the application was not consistent with the purposes of the RR 200 district, that conditions of the prior permit were not followed, that the neighbors have not been adequately protected from impacts from noise, light and traffic, and there are concerns regarding parking drainage compliance with legal requirements and impacts to the Town appearance.

**Motion:** To approve the resolution before the board, as amended, to issue a recommendation to the ZBA for *denial* of the Special Use Permit for Haunted Forest LLC and Tracy Quinn. A copy of the amended resolution is attached.

Motion made by Mr. Milne, seconded by Mr. Jackson.

Motion to adjourn the meeting at 8:30 PM

1st- Mr. Jackson 2nd by Mr. Roblee All in favor

Respectfully submitted,

Rebecca Susice

Planning/ Zoning Board clerk

Wilson_000470