# AB

FILED: APPELLATE DIVISION - 4TH DEPT 10/03/2025

NYSCEF DOC. NO. 23

CA 24-01568

RECEIVED NYSCEF: 10/06/2025

SUPREME COURT OF THE STATE OF NEW YORK

## Appellate Division, Fourth Judicial Department

## CA 24-01568

PRESENT: LINDLEY, J.P., MONTOUR, GREENWOOD, NOWAK, AND KEANE, JJ.

---

IN THE MATTER OF HAUNTED FOREST, LLC, AND TRACY A. QUINN,
PETITIONERS-PLAINTIFFS-RESPONDENTS,

V

TOWN OF WILSON AND TOWN OF WILSON ZONING BOARD,
RESPONDENTS-DEFENDANTS-APPELLANTS.
(APPEAL NO. 2.)

---

Defendants having moved for leave to appeal to the Court of Appeals from the order of this Court entered July 25, 2025,

Now, upon reading and filing the papers with respect to the motion, and due deliberation having been had thereon,

It is hereby ORDERED that the motion is granted, this Court being of the opinion that a question of law has arisen that ought to be reviewed by the Court of Appeals, and the following question is hereby certified:  Was the order of this Court, entered July 25, 2025, properly made?

Entered: October 3, 2025

Ann Dillon Flynn
Clerk of the Court

*Supreme Court*
**APPELLATE DIVISION**
**Fourth Judicial Department**
**Clerk's Office, Rochester, N.Y.**   **}**

I, **ANN DILLON FLYNN**, *Clerk of the Appellate Division of the Supreme Court in the Fourth Judicial Department, do hereby certify that this is a true copy of the original document, now on file in this office.*



*IN WITNESS HEREOF, I have hereunto set my hand and affixed the seal of said Court at the City of Rochester, New York, this*   **OCT 03 2025**

_____
**Clerk**

20251003T1100137444507Z