# AC

**News**Room

5/30/23 Lockport Union-Sun & J. (N.Y.) (Pg. Unavail. Online)
2023 WLNR 18727454

Lockport Union-Sun & Journal (NY)
Copyright © 2023 Lockport Union-Sun & Journal, N.Y.

May 30, 2023

Haunted Forest in limbo after board calls for study

Thomas Tedesco; Lockport Union-Sun & Journal, N.Y.

May 30—WILSON — With a third year of operation on the horizon, the status of the Haunted Forest attraction is in limbo.

At the Zoning Board of Appeals meeting on Wednesday, it did not renew the Haunted Forests' special use permit but determined that the operators need to perform an environmental impact study of the property before they decided on its renewal.

Owner Cory Quinn said this is one of several delays the Town of Wilson has imposed on the Haunted Forests and he is unsure at this point if they will have enough time to adequately prepare for their opening in the fall.

In calling for the environmental impact study, Quinn said board members cited what they determined to be heavy traffic in the area when the attraction operates.

The Haunted Forest has been much-maligned by neighbors of the property, 2860 Beebe Road. Several complaints have been made by neighbors over the past two years the attraction has been in operation.

The complaints have mostly been over noise, bright lights and traffic, amongst others. Several neighbors showed up in support of and against the Haunted Forest at Wednesday's meeting.

While Quinn said he understands the concerns of neighbors, many of them are inaccurate and that he has never received any citations from the town.

"I hate to call anybody liars but when somebody says that we operated till 12:30 in the morning, that is a complete lie. When people say that there was traffic issues, near accidents and people veering all over the place, it's a complete lie," he said.

Quinn estimated the environmental survey could take anywhere between one to six months to complete, which will significantly delay the preparation for opening of the attraction.

"We are in absolute limbo," Quinn said. "We're kind of taking a step back to see if we're even going to open and what our legal options are at this point."


**---- Index References ----**

Industry: (Environmental Solutions (1EN90); Forest Products (1FO02); Forestry (1FO87); Lumber & Timber (1LU85); Natural Resources (1NA60))

Language: EN

Other Indexing: (Haunted Forest; Zoning Board of Appeals)

Word Count: 319

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

 © 2026 Thomson Reuters. No claim to original U.S. Government Works.