# AD

**News**Room

8/15/23 Lockport Union-Sun & J. (N.Y.) (Pg. Unavail. Online)
2023 WLNR 28101053

Lockport Union-Sun & Journal (NY)
Copyright © 2023 Lockport Union-Sun & Journal, N.Y.

August 15, 2023

Haunted Forests will not open this year in Wilson

Thomas Tedesco; Lockport Union-Sun & Journal, N.Y.

Aug. 15—The owners of the Haunted Forests attraction have announced they will not be operating at their Wilson location this year.

Unable to secure a special use permit from the town's Zoning Board of Appeals, the operators of the Halloween hayride and corn maze attraction decided to pull the plug on what would have been its third year of operation.

Following their appearance in front of the zoning board in May, the board instructed the Haunted Forests to complete an environmental impact study before they decided on renewing the permit.

The Haunted Forest has been much-maligned by some neighbors of the property, 2860 Beebe Road, and has been the subject of numerous complaints over the past two years the attraction has been in operation.

In calling for the study, board members brought up concerns about heavy traffic in the area when the attraction operates.

"We believe there might be an impact and to say that there's not an impact would be foolish," zoning board chairman John Sinclair said Monday.

Since the study would take several months to complete, owner Cory Quinn said it wouldn't be feasible for them to complete the study before the slated opening in September.

He disagreed that the environmental study applied to the Haunted Forests' operations as agricultural tourism and believes that it was an intentional delay tactic by the town to stymie their opening.

"This was their way of telling us no without crossing the line," Quinn said.

Sinclair said that the board is simply doing its due diligence in determining how the attraction impacts the neighborhood amidst an abundance of complaints and concerns from neighbors.

"There seems to be an enormous amount of evidence, piles and piles of paperwork and complaints. By us ignoring that stuff, we're not actually doing our job," Sinclair said.

Among the 60 pieces of documentation regarding the Haunted Forests obtained in a FOIL request by the Union-Sun & Journal from the town, the most common complaints from neighbors have been over noise, traffic and bright lights coming from cars and the attraction itself.

While Quinn said he understands the concerns of neighbors, he feels many of them are inaccurate and noted that he has never received any citations from the town.

"I never thought I would be met with hostility and pure negativity from a few neighbors with backing by the town," he said.

This year, the Haunted Forests will only be operating their hayride in Clarence. Beyond that, Quinn said he is still unsure if they will operate in Wilson in the future.

"Our sets need maintenance every year. If we reopened next year, we would have to come in as if it's a brand new thing all over again."

---- **Index References** ----

Industry: (Forest Products (1FO02); Forestry (1FO87); Lumber & Timber (1LU85); Natural Resources (1NA60); Real Estate (1RE57); Zoning (1ZO58))

Language: EN

Other Indexing: (Haunted Forests; Zoning Board of Appeals)

Word Count: 457

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.



 © 2026 Thomson Reuters. No claim to original U.S. Government Works.