# AE

**News**Room

10/19/23 Lockport Union-Sun & J. (N.Y.) (Pg. Unavail. Online)
2023 WLNR 36105690

Lockport Union-Sun & Journal (NY)
Copyright © 2023 Lockport Union-Sun & Journal, N.Y.

October 19, 2023

Owners of Haunted Forests attraction file lawsuit against Wilson

Thomas Tedesco; Lockport Union-Sun & Journal, N.Y.

Oct. 18—WILSON — Owners of a well-known Halloween attraction have filed a lawsuit against the town and its zoning board of appeals.

The Haunted Forests, which had operated a hayride and corn maze attraction on a horse farm at 2860 Beebe Road are fighting the zoning board's call to perform an environmental impact study on the property in order to obtain a special use permit.

The attraction's owners previously announced that they would be pulling the plug on what would have been its third year of operations in the town because they had been unable to obtain the permit.

Following their appearance in front of the zoning board in May, the board instructed the Haunted Forests to complete an environmental impact study before they decided on renewing the permit. In calling for the study, board members brought up concerns about heavy traffic in the area when the attraction operates.

Now, Haunted Forests owner Cory Quinn has filed an Article 78 against the town to challenge the need to perform the study in order to open the attraction.

"We felt that the environmental impact study from what we're being told by the firms that we contacted was hogwash," Quinn said. "There's no such action and requirements that would force a hayride event to do an impact study."

Quinn said they had reached out to the town following the May meeting about operating under the term's of last year's special use permit while the study was being conducted. After not getting a response from the town, that is when they made the decision to pull the plug on operating and subsequently took legal action.

Town attorney Kyle Andrews said there was no possibility the attraction could have operated without completing the study.

"The scoping documents were never delivered to the town, so the process never moved forward from there," Andrews said.

Over the past two years the attraction has been in operation, it has been much-maligned by some neighbors of the property and has been the subject of numerous complaints primarily over noise, traffic and bright lights coming from both cars and the attraction itself.

Town officials contended that the numerous complaints from neighbors were a cause for concern and was what led to the need for the attraction to perform the study before granting it the permit.

"Nobody wants to see an article filed against them, but at the same time, you have to follow the rules and regulations. It's as simple as that," town Supervisor Doyle Phillips said.

Andrews said that the town will also be assisted by outside counsel throughout the legal process.

"We will vigorously defend ourselves," he said.

In the meantime, Quinn said that the future of the attraction in Wilson is still very much "in limbo" and that his brother Steve and his sister-in-law Tracy, who own the property, have put the farm up for sale.

"They relied on that income off the Haunted Forests to pay for the farm ... they're hoping to sell it because they can't wait around another year to see if the Haunted Forests is going to go or not," Quinn said.


**---- Index References ----**


Industry: (Environmental Solutions (1EN90); Forest Products (1FO02); Forestry (1FO87); Lumber & Timber (1LU85); Natural Resources (1NA60); Real Estate (1RE57); Zoning (1ZO58))


Language: EN

Other Indexing: (Haunted Forests)

Word Count: 527

---

**End of Document**                                    © 2026 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**