# AG

**News**Room

7/6/24 Niagara Gazette (N.Y.) (No Page)
2024 WLNR 16501911

Niagara Gazette (NY)
Copyright (c) 2024 Niagara Gazette / CNHI, LLC. All Rights Reserved.

July 6, 2024

Section: Local News

Haunted Forests to remain closed as litigation with Wilson continues

Thomas Tedesco | thomas.tedesco@niagara-gazette.com

WILSON - Operations at a well-known Halloween attraction are a no-go for the second consecutive year.

Despite being granted a one-year special use permit from the town's Zoning Board of Appeals last week, The Haunted Forests owner Cory Quinn said that the attraction will not have enough time to prepare the property for a September opening date while having to adhere to the permit's numerous conditions as an ongoing legal battle between them and the town continues.

"We're unable to mitigate the property to get it ready. We can't get it ready in 60 days. It's literally impossible," Quinn said.

In March, state Supreme Court Justice Frank Sedita ruled in favor of the corn maze and hayride attraction and disagreed with a decision made by the town's zoning board that the owners of the Haunted Forests had to perform an environmental impact study before they could obtain a special use permit.

Sedita further noted the corn maze and hayride attraction involved a Type II action, which is exempt from the SEQRA process, and that the zoning board's positive declaration be reversed.

An appeal on that decision was filed by the town on April 12, which delayed the zoning board having to make a decision in granting a special use permit.

"They played legal football with the decision for 90 days knowing that we told the court that we can't open this year unless we have an answer or know what we're doing by May 1," Quinn said.

Among the 15 conditions in their 2024 permit, the Haunted Forests would have to construct a 6-foot tall, 300-foot wide opaque fence along the north and southeast ends of the property "to protect neighboring properties from car headlights shining out of the parking area," provide a shuttle service and offsite parking in an effort to avoid increase traffic on Beebe Road and install security cameras around the property. The permit also prohibits the use of any "amplified" music, microphones or stage shows.

The attraction had been much-maligned by some neighbors of the property, 2860 Beebe Road, and was the subject of numerous complaints primarily over noise, traffic and bright lights coming from both cars and the attraction itself while it was in operation.

"A lot of a lot of those issues were dealt with (in) the conditions on the permit," zoning board chairperson John Sinclair said.

**WESTLAW**    © 2026 Thomson Reuters. No claim to original U.S. Government Works.    1

He added those concerns have persisted amongst town residents and members of the board sans an environmental impact study through SEQRA.

"We just proceeded without that process and then we evaluated the special use permit per our town code. There are requirements in our town code that we have to meet. So we went through all of those to make a determination," Sinclair said.

Overall, Quinn said he is once again left with more questions than answers about the fate of the attraction in Wilson moving forward as they will have to once again apply for another permit next year.

"We are considering all legal options because we feel what they did... was too restrictive," he said.

---- **Index References** ----

News Subject: (Judicial Cases & Rulings (1JU36); Legal (1LE33))

Industry: (Environmental Solutions (1EN90); Forest Products (1FO02); Forestry (1FO87); Natural Resources (1NA60); Real Estate (1RE57); Zoning (1ZO58))

Language: EN

Other Indexing: (Haunted Forests; Zoning Board of Appeals)

Word Count: 511

---

**End of Document**　　　　　　　　　　　　　　　　© 2026 Thomson Reuters. No claim to original U.S. Government Works.

