# AH

**Busted Blatantly Breaking the Law!  "PANIC MODE" Activated! Wilson, NY**

**https://www.youtube.com/watch?v=QrUGG8nwKAE**

| SPEAKER | DESCRIPTION |
|---|---|
| Male | Learn some patience from that. |
| Male | Stupid ass. |
| Male | Excuse me? |
| Male | Don't touch me. |
| Male | What did you say? |
| Male | Get off me stupid.  That's why I called you a stupid, don't you ever touch me again, I'll put you in a federal courtroom so fast your head will spin.  **("WATCH CORRUPTION SQUIRM" at top of screen)** |
| Daniel Warmus | Come down here, address a few things about this board you guys are going to be under investigation for about the Haunted Forest. |
| Male | Everybody's dismissed here. Let's go. |
| Daniel Warmus | Myself, Travis you licensed yet?  Be code enforcer?  **("WATCH CORRUPTION SQUIRM" at top of screen; "Code Enforcer WITHOUT a License" at bottom of screen)** |
| Travis | No comment |
| Daniel Warmus | No comment, whether you're licensed to do the job you been doing?  Lying about Porter? |
| Male | The meeting ain't over. **("BUSTED" at top of screen; "Violating the LAW" at bottom of screen)** |
| Male | It is. |
| Male | It ain't over. |
| Male | It's closed to the public, it's over. |

| SPEAKER | DESCRIPTION |
|---------|-------------|
| Daniel Warmus | No, they got to come back open and close it properly or they're violating Open Meetings Law. |
| Male | Well that's between you and them. |
| Male | Hit that thumbs up, fam, we're about to expose some scary corruption here in Wilson, New York, and we can't let them get away with it. (**"Auditing Erie County" at bottom of screen**) |
| Intro Song | Listen y'all, these kids want to act up in school, (**"Auditing Erie County" at bottom of screen**) want to go to school and embarrass you. When a man like that got_____so I told my son don't go to school mad no more. I take care of you son. I give you anything you want. I discipline you but you gonna embarrass me like this. So now I'm going to cut his hair. Im going to have to ask you to leave.  Hey do me a favor and keep away from the squad guys. (**"Auditing Erie County" at top of screen**)<br>Now I saw you were in a restricted area. Now I want your identification. (**"Auditing Eire County" at top if screen; "Protecting the Erie County Fam's Rights" at bottom of screen**) You're not getting it. (**"AEC" behind "Protecting the Erie County Fam's Rights" at bottom of screen**) |
| Daniel Warmus | Down here today at the Haunted Forest here in. Well, we should be in Wilson, guys, that is the idea here. We should be in Wilson because the Town of Wilson shut this place down and they had to move here in Newfane. So what we're here for today is to get a look at what should be in Wilson but since the town has decided to shut this haunted festival down in their town, now has moved to Erie County and Erie County is making the tax revenue on this place but you would ask why in the world would someone want to shut a place down like this where there's so much fun and, well, your guess is as good as mine but this is some good old fashioned family fun ready to happen down here that they had to move out of here out of Wilson and move this all the way to Clarence. Well, actually, Newfane, this is right on the edge of the pumpkin patch. Great Pumpkin farm here in Clarence, right in the back field behind it actually, I'll show you where that is on the map. (**"The Haunted Forest" to the left of screen with The Haunted Forests Horror Park logo to the right of the screen**) |

| SPEAKER | DESCRIPTION |
|---|---|
|  | Now you see where it is. Well, this place definitely should have been in Wilson and should be in Wilson because the guy who rented this property here to continue his operations had to move his operations from Wilson here to Newfane. And the reason? Well, we're going to investigate and find out so hit that thumbs up and let's get into this investigation.  So what we're looking at down here is the setup, you know, they got their haunted hay rides the same, same stuff, you know, and they got a corn maze down here, haunted houses, they got snacks, food and they even have a beer truck coming down here. But the real question and the real concern is why a town won't want this operating under 40 acres they own now here you see this setup maybe on 10 acres, maybe 5 rented space. They have 40 acres out in Wilson to run this festival down there, but I'm glad Chucky's not here right now. Looks like they got a Chucky down here to haunt people so as you can see, we got the, we got haunted fun houses. We got all sorts of stuff. We got the gift shops. We even got Satan down here. We got the stage for entertainment where they perform dancing little routines for people and, as you can hear, they're getting ready brush hogging and cleaning up, but as, a matter of fact let's go take a look at the property over at Wilson where this should be and the government shut it down and as a matter it's even more trickier, let's talk to the owner. So now I'm down here in the town of Wilson, looking at an empty parking lot, which grass is not cut because nobody would be coming here folks, this is a huge parking lot built just for that festival that they did have running here at one time. And like I said, we're going to get to the bottom of why they wanted this place shut down in this rural community here as a matter of fact, before we get into it, let's go ahead and take. A look on the map where we're at. **("Where the Haunted Forest Should be" to the left of the screen with The Haunted Forests Horror Park logo to the right of the screen)** I want to go ahead and show you guys the boundary of this property and that it's fact that it's on 40 acres of land, not rented property they own. All right now you guys see where we're at, let's go ahead and get to the bottom of some corruption down here. So this is the owner, Cory Quinn of the Haunted Forest, they're trying to shut it down and I guess why would the town of Wilson wanna shut this family fun down? Can you give us any insight? Why they wanted it shut down in the first place? |

| SPEAKER | DESCRIPTION |
|---|---|
| Cory Quinn | Well, from what we found out through the lawsuit that we're currently involved in, we've got a few neighbors across here that live that these three or four people wanted it shut down and we found out that the one guy over here, **("Corruption" flashing at the bottom of the screen)** he had a, he, he's a chief engineer on one of the zoning board members' companies that he owns and it was that zoning board member that influenced the entire zoning board to have us do an environmental impact study on the hayride that year, or we wouldn't get our permit. That study cost $25,000 and takes six months to do so because of that, we couldn't get our permit in 2023 and we had to shut down and we weren't allowed to open. |
| Daniel Warmus | And in 2023 is when you moved over to Newfane? |
| Cory Quinn | So we moved, what happened was, is the Pumpkin Farm people in Clarence actually heard about us and how successful it was and we knew what we were doing and they asked us to open up a property there or I mean an attraction there, you know like a hay ride there, so we did and it kind of worked out. I guess you know the world kind of delivers. This one got shut down, but we were going to run both operations, both locations because this one is an hour from the other one. |
| Daniel Warmus | How much space do you guys rent over there as far as acreage? |
| Cory Quinn | We got about 15 acres that are here. |
| Daniel Warmus | 15 acres, I guess maybe 5 to 10. |
| Cory Quinn | Here we have 40. |
| Daniel Warmus | And here you have 40 of property that you don't have to pay rent on because you guys already own it, but the town just will not let this happen. |
| Cory Quinn | Exactly. |
| Daniel Warmus | And the corruption is going deep into the zoning board members is one of the neighbors and everything. |

| SPEAKER | DESCRIPTION |
|---|---|
| Cory Quinn | Code enforcement officer, some of the councilmen, the town clerk. |
| Daniel Warmus | We're going to get to talk to them all, we're going to go ahead and we're going try and hunt them all down if we can.  Now you were telling me about the court battle, you actually won the court battle, and they were supposed to give you the permit correct? |
| Cory Quinn | We did file an Article 78 case against the town, the Judge ruled in our favor in that and told them to give us a permit back. But what they did is like what they did when they took our permit away. They held that up, didn't give us the permit until mid-July and then what they wanted us to do was erect 400 yards of fencing or something like that from my memory, they wanted us to move the parking lot 100 feet back from where it is. We weren't allowed to play music of any kind, any sound effects, run any chainsaws, we had to close by 9:00 so they gave us a permit, but they didn't give us a permit. |
| Daniel Warmus | And then the real kicker is on the taxpayers dime they've appealed that case that you won. |
| Cory Quinn | Yes. |
| Daniel Warmus | And then they lost. |
| Cory Quinn | One. Yes. So now they're going to the supreme. |
| Daniel Warmus | Now they appealed it again on the taxpayers dime, their second loss. Still trying to shut this place down from operating. Let's go ahead and take a look at you know, where. So obviously seeing this stuff. So we're like, about with most of that stuff. Be set up here. |
| Cory Quinn | So right over here, next to the red barn, we had two guys that brought in food trucks, and people would kind of hang out up here. The hay ride would start right at the end of the road here in between the fence, people would jump on and it would go all the way into the back of the woods so far back you couldn't even hear it and then we just had some seating area where you see the benches off in between the trees there and the corn, they would walk back-to-back the field in the back there would be the corn maze, people would have to walk down a rope line about 150 |

| SPEAKER | DESCRIPTION |
|---|---|
|  | yards back to go through the corn maze. So mainly everybody was always in the back of the property pretty much. |
| Daniel Warmus | So this guy was unable to get a permit here. They appealed it twice now, their loss on the taxpayers dime, just using up the taxpayers money, trying to bankrupt this guy so he can't even run his family business down here in Wilson, and the parking lot remains empty. He's got a a lit parking lot, nice sized parking lot down here. And 40 acres versus 15. You were telling me when you went for your permits in Newfane, how rougher patch was that? |
| Cory Quinn | Newfane was great. They actually said to me, we know who you are, and they were glad we were in their town. |
| Daniel Warmus | Really so they wanted this attraction there versus here it just - so |
| Cory Quinn | I can't speak highly enough. They wanted us and I can't speak highly enough about Newfane versus Wilson. |
| Daniel Warmus | As far as when the festival was here, how far back was like any attractions where there was dancing in music going on? Was it like right here?  Was it back there? |
| Cory Quinn | So we did have a small like kind of stage platform here where we would play music, but it only happened 3 times a night and it would - the whole thing was 4 minutes long. So for 12 minutes at night people would be on the stage dancing. Literally 12 minutes away. |
| Daniel Warmus | Stage for entertainment, where they perform dancing, little routines. |
| Cory Quinn | And we were always closed by 9 - 10 o'clock regardless. |
| Daniel Warmus | Sound ordinance here in new or? |
| Cory Quinn | The noise ordinance is 11:00, but they forced us to close on 9:00 on Sunday and 10:00 on Saturday and Friday even though the noise ordinance went to 11:00.  These people here constantly lied, saying that we open till 12:00, 1:00, 2:00  in the morning. That that was just a complete lie. We had so many lies spread by these people over |

| SPEAKER | DESCRIPTION |
| --- | --- |
|  | here about us and our operation. It was it was ridiculous because they just didn't want. |
| Daniel Warmus | Most of the neighbors here are mad, were mad about it, or there was some neighbors that liked it. What did you hear? |
| Cory Quinn | We had more people in most of the meetings supporting us and we had these four or five opposing it, but that didn't matter. It was, it was, we know it was because of his, this guy's connection with the zoning board member, that is what put it on this.  And then this fellow over here, he joined the Lions Club, where every single member of the town is a member of, they have 33 members and out of the 33 Lions Club members in the town, 20 of them are the townspeople that the town officials and he joined the Lions Club over here too, made friends with them, started taking them out to dinner and got their favoritism, and next thing you know, our permit gets taken away. It kind of was a collective thing. |
| Daniel Warmus | And all the neighbors around here |
| Cory Quinn | Yeah, we were |
| Daniel Warmus | And this festival, how brand, how often? |
| Cory Quinn | So we were only open 18 days, 4 hours a night, 70 hours a year. |
| Daniel Warmus | That's it, huh?  **("Friday September 26th 2025 DEAD…" at bottom of screen)** Sitting here in downtown Wilson 7:30 at night. Which looks pretty dead. All these businesses close you. Got to wonder if the town of Wilson is the fault of keeping this place down. When they shut down places like that, you know, it's kind of crazy.  **("Also Friday September 26th 2025" at bottom of screen)** Down here at the Haunted Forest at night, down here on opening night here in Newfane and not Wilson, where it should be because it's shut down for being too noisy. So we're going to sit here figure out how horrible noisy it is from the outside. Can't really see what's going on in here. He's got to gate it off. So the only way to see is going up in through there. **(" Meanwhile in Wilson, NY" at bottom of screen)** |

| SPEAKER | DESCRIPTION |
|---------|-------------|
| | Sitting here in downtown Wilson 7:30 at night place looks pretty dead. All these businesses closed you. Got to wonder if the Town of Wilson is the fault of keeping this place down when they shut down places like that, you know, it's kind of crazy.<br><br>There seems to be no shortage of selfish people here in America who want to dictate what happens on the neighbor's property. Well, there is one area where the neighbors don't want it there but what about all the businesses in town? Let's go ahead and see what they have to say about missing out on this event. Let's see if an event that brings in more than 500 people on the weekend is missed in a small town like this with all these small businesses. |
| Female | Get it to go? |
| Daniel Warmus | No, actually, I was actually looking to speak maybe a manager or owner here. |
| Female | They're not in, I can help you. |
| Daniel Warmus | I had a few questions about how long you worked here |
| Female | From the beginning. |
| Daniel Warmus | Alright, well would be perfect person to know the answer to that would be.  The old Pumpkin Haunted hay ride up the street here. Did that bring people to town here, like you would say that them and nights, two nights a week and then eighteen days a year, would that have brought more business here? |
| Female | If they still have it. |
| Daniel Warmus | Yeah, I'm saying, would you have said that there have been noticeable? Did that bring people to town? Great revenue, you think? |
| Female | Oh yeah, anything like activities like that would definitely bring them? |
| Daniel Warmus | So like to say that that leaving here might affect your business here? |

- 8 -

| SPEAKER | DESCRIPTION |
|---|---|
| Female | Say what? |
| Daniel Warmus | That that not being allowed to be in town anymore would affect the business here? |
| Female | Yeah. Because when we have like events in like town like we do get an influx of people whenever there's like little stuff. |
| Daniel Warmus | No I was just trying to get a, I'm doing a, I'm a journalist, I'm doing a story on the whole. **("Even the local business know the Town did them Dirty!" at top of screen)** |
| Female | Yeah, I kind of heard about that kind of stinky. |
| Daniel Warmus | And but I guess that's just the question is you know, would it but businesses want to see? |
| Female | Yeah. Well, I think whenever you have, whenever I think, whenever you have something that like comes into town and whether your families or you know. Like. |
| Daniel Warmus | Any of those? |
| Female | Anybody, anything? Right. You know, you kind of plan, like, well, we'll go into town. You kind of make like oh well you'll go into town, you kind of make a day of it or you're just out and about, stop in, whenever there is any kind of event going on, it always brings in for the surrounding businesses. |
| Daniel Warmus | Alright there's just an angle all the time captured. |
| Female | Yeah. |
| Daniel Warmus | You own this place? |
| Female | No. |
| Daniel Warmus | You run this place? |
| Female | No. |

| SPEAKER | DESCRIPTION |
|---|---|
| Female 2 | Hi. What's up? |
| Daniel Warmus | I'm actually a journalist doing a story on the old Haunted Pumpkin ride, pumpkin fest that that he got shot down and I guess my question is, for some of the businesses here is like with the talent shutting that down would you guys notice an influx of loss of business because it would, it would have brought to the town as far as you know, people come into the town. When that festival is open, would you guys have noticed? |
| Female 2 | I would think so too _____. So I would, it would probably with it not happening, it would definitely drop the sales. |
| Daniel Warmus | All right thanks. |
| Daniel Warmus | November 19th down here in the Town of Wilson for town board meeting to expose some major corruption going on down here and we're going to get to ask some questions. Hopefully speak at public comments down here about the public abuse of funds. Public abuse of power, lying to the State of New York, the Department of State running a sham operation down here, so we're going to go ahead and do some corruption exposing **("The Town Attorney was listening to the intro…" at bottom of screen)** tonight. How you doing? |
| Male - Board | Shall we all stand to pledge to the flag please? I pledge allegiance to the flag of the United States of America and to the Republic for which … |
| | At this time next item on our agenda is the approval of the minutes, October 15th. The next item on the agenda for this evening is the Wandering Gypsy. Is there a representative from Wandering Gypsy here this evening? |
| Pepperday | I'm here. |
| Male - Board | _____ would you stand up please.  Identify yourself if you would please.  Identify yourself if you would please. |
| Pepperday | _____ Pepperday |

- 10 -

| SPEAKER | DESCRIPTION |
| --- | --- |
| Male - Board | I did have a chance to speak with your husband, Bob Pepperday, and I understand that you and he have been sick for a while. We the board had some questions with regards to probably about four or five items. I don't think it's necessary to regurgitate everything that we received in the e-mail. So with regards to parking. How has that been? |
| Pepperday | Like we indicated then, the paperwork we sent two weeks ago, we have added additional lighting in our front parking lot and then two additional solar lights in the side field parking lot. |
| Daniel Warmus | While this video is about corruption with the Haunted Forest and Wilson, NY, we are in Wilson and now they're picking on somebody called the Wandering Gypsy Brewing Company. While I'm here and I'd like to expose the corruption, Wilson, New York, let's go ahead and use this as the perfect example. The Wandering Gypsy gets talked to by these board members as if they are some type of children of theirs, like a parent who's not happy with your decision and wants to curb your decision. You'll see what I mean by the way they talk to him, but just to show you these petty tyrants here on this board and how they want to micromanage things, let's take a look at the parking lot of the Wandering Gypsy Brewing Company. That's right, Pam, the Wandering Gypsy Brewing Company, in the middle of nowhere, no neighbors, no one to complain. Yet this board is trying to micromanage their parking lot and their business. One would have to wonder why a town would want to meddle with small businesses. So much to destruct businesses and make it hard to make a living in this town of while you see what the streets look like on a Friday night. Sitting here in downtown Wilson 7:30 at night, this looks pretty dead, all these businesses closed. You got to wonder if the town of Wilson is the fault of keeping this place down when they shut down places like that, you know, now leave your comments what you think about this trash board talking to this business owner like they are their children. |
| Pepperday | In addition to another light off of the shed that shines into the field parking lot, our current parking lot is sufficient for our day-to-day business. However, we offer additional parking in the field when we do have larger events which has worked for the past, we've been doing it for about the past three years now. We got a quote to |

| SPEAKER | DESCRIPTION |
|---|---|
|  | try to do like a gravel parking lot over there and it was going to be over $8000, which we frankly cannot afford at this time so we've made the decision to simply plow a portion of the field when we are going to be having larger events during the winter. There's usually maybe two of those, max, that we would need that additional parking. But that would be sufficient to have parking be contained on our lot. In addition, all summer we have been and I guess it started in the spring, we've been putting no parking signs on the road during any larger events to you know, try to have people refrain from parking on the road, that's not something you can stop fully, because we can't tell somebody they can't park there. We do put the signs up and we've had good luck with people abiding by them. |
| Male - Board | Miss Pepperday, with regards to your plowing project for the parking lot. What kind of timeframe do you have in starting that project? |
| Pepperday | I guess I don't under understand the question. |
| Male - Board | When are you gonna start plowing that parking lot, that grass area? |
| Pepperday | So I was referring to the winter months when there's snow we can plow with a plow truck, the grass area to create additional parking if we're going to have a larger event so that there is another off road parking area. So there's nothing to do with plowing the grass up. It's just simply creating another safe parking area that's off the road when we have our one to two events in the winter time that would require that. |
| Male - Board | Roughly how many can, how many vehicles can your lot accommodate with regard to park parking? |
| Male - Board | What in the hell is this board talking about? If this private business wants to park people on the grass, who are they to decide whether they should or should not? If somebody doesn't want to go park on the grass at a business, they just won't go to that business. Where does this board get off thinking they can dictate where these people park cars on that field? It's huge. |

| SPEAKER | DESCRIPTION |
|---------|-------------|
| Pepperday | Our main lot or our additional field. |
| Male - Board | Both please. |
| Pepperday | My best educated estimate would be 150 plus. We've never filled it completely, so we've never been maxed out on parking, even on our largest events this past summer. |
| Male - Board | Okay. You talked about lighting, so I want to keep moving so how have you guys addressed the septic system issue? |
| Pepperday | Like we talked the last time that we meet, that we met, the septic system issue is simply not an issue, it was approved by the Niagara County Health Department for our business that we carry now, which includes events that we hold and they had said that it would even be OK for expansion business. With that being said, if we have an event where we feel like our current septic, our current restrooms are not enough, we will simply rent a couple of outhouses for a larger event should we need. |
| Evans | You mentioned the Niagara County Department of Health. |
| Female Speaker | Mhm. |
| Evans | Septic. Do you have documentation supporting? |
| Female Speaker | I did not bring documentation with that today and we did not include that in the paperwork we sent two weeks ago because at our last meeting, Travis had indicated that he spoke to them directly and that was part of that meeting that it was accepted. |
| Evans | Okay. |
| Male Speaker | I believe the last time we met with them, I gave the town board the documentation from Niagara County that they submitted to me with a letter saying that they were fully in compliance on. |
| Evans | And you still have that? |
| Male Speaker | I believe I can find it again, but I do know that I did hand it out to the board members. |

- 13 -

| SPEAKER | DESCRIPTION |
|---|---|
| Evans | Okay, very good. Thank you. Refuge and disposal. |
| Female Speaker | Mhm. |
| Evans | Have you what's the plan for addressing that? |
| Female Speaker | Like we indicated months ago in the springtime we had two or we had a dumpster put on the property. So, we have no issues with refuge and disposal. |
| Evans | And you have said throughout you and/or Bob with regards to noise, no complaints. We have not received any complaints here at the town hall. |
| Female Speaker | Mhm. |
| Evans | At this point in time, I'm going to turn it over to the board. If you guys have any questions please feel free. |
| Basile | I have a concern. **("Councilwoman E. Anne Basile [EABasileWTB@aol.com](mailto:EABasileWTB@aol.com)" at bottom left corner of screen)** |
| Female Speaker | Sure. |
| Basile | And my concern is in your write up you mentioned, you know, that you wouldn't be able to do the gravel at this point because of the cost. |
| Female Speaker | Yeah, absolutely. |
| Basile | Is that the cost factors if an emergency should happen and you need to do an immediate repair, is the financial part going to be an issue? |
| Female Speaker | If something happened and I needed to do an immediate repair, and if it was a safety kind of an issue, we'd probably just have to take out a loan to be honest with you. I don't see how that would be. |
| Daniel Warmus | This is the exact shit I'm talking about. Where does this dumb bitch get off telling this lady that she can't have a business because of something that could happen in the future that she might not be |

| SPEAKER | DESCRIPTION |
|---|---|
|  | able to afford? Are you kidding me? How is it not understandable that a person can't afford a $8,000 parking lot on a new business? Where do these people get off acting like they're some type of mom when they should be helping and making sure their community thrives, yet their town is dead on a Friday night and they want to keep shutting these small businesses down. You guys let me know what you think about this trash ass bitch Anne. |
| Female Speaker | I don't see how that applies here necessarily. |
| Basile | I'm only stating it because you mentioned it in your write up. |
| Female Speaker | Yeah. I can't afford $8,000 worth of a parking lot right now because we have an alternative where we can simply plow the grass. We need that $8,000 to pay bills and buy kegs and be able to kind of do our daily. |
| Basile | Oh, I get that. |
| Female Speaker | Mhm. |
| Basile | I'm just concerned if finances are going to be an issue to keep the business ongoing. |
| Female Speaker | Finances are not an issue to keep the business ongoing. |
| Daniel Warmus | Yeah, you stupid micromanaging dumb bitch. Make sure you all hit that thumbs up and leave your comments in the comment section of what you think about this board micromanaging small businesses right out of the existence. |
| Evans | Any other? |
| Kropp | I mean I can comment. I've been **("Timothy is the only member on this board that shows any compassion towards humanity." at top of screen)** to one of their events and the parking was adequate. I have pictures of it. I have pictures of the road signs that they put up. And in talking to Bob, I asked him, I said, "Well, what happens if it gets muddy?" He said, "We cancel the event." I mean, they're not going to put people at risk parking in there where they have to get a tractor or a tow truck or something. That's what was |

| SPEAKER | DESCRIPTION |
|---|---|
|  | explained to me at the time. So, they are very considerate of their customers. |
| Evans | Anyone else? Steve. Mike. Thank you. |
| Female Speaker | Mhm. |
| Evans | To my understanding with regards to the permit **("These Shitbags Really think they are KINGS!" at bottom of screen)** that you're going under the incentive. |
| Female Speaker | Mhm. |
| Evans | We will need to send this matter back to the planning board because there's been just a couple of small tweaks. The planning board is meeting I think in two weeks if I'm not mistaken. There's been just a couple of tweaks from the original application that was submitted. They didn't have any problems last time with it. At this point in time we have no more questions to ask and we just continue to move forward. |
| Female Speaker | So I was initially under the understanding that this would be voted on tonight. Now, is that something that the planning board will vote on at that meeting? |
| Evans | To my understanding being that we're looking at incentive zoning they will they should make a decision one way or the other and hopefully in two weeks you guys will have a solid direction. |
| Female Speaker | We won't have a yes or no answer in two weeks or when you say a solid direction, that leads me to believe it would continue on even past the next two weeks. |
| Evans | Well, it's been going on quite some time now. |
| Female Speaker | I'm aware. |
| Evans | Okay. We hope it doesn't have to go on much longer, but we're cognizant of the fact that we need to cross a lot of our Ts and dot our Is. So, that's why we're moving forward a little slower probably than you guys like. But once again, this has been going on for close to two years now. |

| SPEAKER | DESCRIPTION |
| --- | --- |
| Female Speaker | Over two years. |
| Evans | Okay. |
| Female Speaker | It's been two and a half years now. |
| Evans | So, we're just trying to do it right. |
| Female Speaker | So, we go to the planning board meeting in two weeks, which if we could have the date of that, I would appreciate it. Is there anything that we need to bring with us to the planning board meeting in two weeks? |
| Evans | I'll touch base with. |
| Andrews | You need to bring. I don't mean to jump in. I'm just the lowly attorney. Just your applications presented here tonight under Section 130 of the town code. 130 5B to be specific. |
| Female Speaker | Mhm. |
| Andrews | It's presented to the town board. The town board I think tonight is deeming it adequate to send back to the planning board. So the application that's presented before this board tonight goes to the planning. Planning board will make a recommendation back to this town board for final approval. |
| Female Speaker | And will that happen at another meeting or will that happen? |
| Andrews | No, the planning board has their meeting and this town board then has a subsequent meeting. |
| Female Speaker | Okay. |
| Andrews | So, but this is the first time that this town board has actually deemed an application adequate to send to planning. |
| Female Speaker | Right. |
| Andrews | I know there's been a lot of crosscurrents with boards. |
| Female Speaker | Unfortunately communication [crosstalk inaudible 39:17-39:20], so. |

| SPEAKER | DESCRIPTION |
|---|---|
| Andrews | There seems to be some forward movement and I think we're going to move from there from this board as long as this board sends it to planning by a majority vote then that's where it'll go. |
| Female Speaker | Okay. Can I. I do have one other question tonight. |
| Evans | Sure. |
| Female Speaker | Previously Bob had requested **("No…not the run around by the town!" at bottom of screen)** a refund for two of the permits that we applied for. We applied for the permits because the town told us to apply for them and then later said we couldn't basically apply for them. One was a renewal and one was a brand new special use permit. One was $90 and one was $210. I was wondering if there was any movement on that at all? |
| Evans | Both permits or one or the other? |
| Female Speaker | Well, I mean, the first one was a renewal for a special use permit because at the time the town told us we needed to pay to renew it, which was later **("TYRANTS" at bottom of screen)** decided that we the town decided that wasn't right.  And then after that, we were told we had to apply for a new special use permit.  So then we paid the $210 and applied for a new special use permit which also then the town said that wasn't the route we should go **("AMATEUR HOUR" at bottom of screen)** or we could go. So we were just looking to see if there was any movement on that at all. |
| Evans | Ms. Pepperday, let me look into that. |
| Female Speaker | Okay. |
| Evans | I'll be responsive to yourself or your husband along with the date of the next planning board meeting. |
| Female Speaker | Thank you. I appreciate that. |
| Evans | Yes, ma'am. Thank you. |
| Female Speaker | Yep. Anything else for me or am I all good? |

| SPEAKER | DESCRIPTION |
|---|---|
| Evans | Actually I think you're good for this point. |
| Female Speaker | Okay. Thank you. |
| Evans | At this point in time next item on our agenda is the public participation on agenda items. If there's anyone in the public who wish to say something, we'll give you roughly three minutes. If my clock person is all set here. The floor is open for public participation, public comments. |
| Daniel Warmus | This only pertains to things that are on this agenda? |
| Evans | Yes. |
| Daniel Warmus | Is there other public comment on this meeting? |
| Evans | I'm sorry? |
| Daniel Warmus | Is there public comment for stuff that's not on this agenda at this public meeting? |
| Evans | Not this evening, sir. |
| Daniel Warmus | When he told me no, I gave him a look as if a child did something bad and dad was looking at him with a very intense look and we had a pretty crazy staredown at this point. **("He Blinked First!" at bottom of screen)** |
| Female Speaker | I have a question. **("He's coming back to us Fam!" at bottom of screen)** |
| Evans | Yes, ma'am. |
| Female Speaker | I spoke to the town clerk yesterday and she informed me that a situation my husband and I are dealing with the refuse bin was going to be discussed this evening. I don't see that on the agenda. |
| Evans | Okay. |
| Female Speaker | Can that be discussed? |

- 19 -

| SPEAKER | DESCRIPTION |
|---------|-------------|
| Evans | The refuge issues? |
| Female Speaker | We have a refuse bin. |
| Male Speaker | Garbage cans. |
| Evans | Okay. |
| Female Speaker | That we've been trying to deal with since October 9th and not gotten a response. |
| Evans | What's would you stand identify yourself, please? |
| Female Speaker | Yes.  My name is Sarah Dixon. On October 9th, we received the first bill for the additional can pickup of 2026. I called to state that I was never told of this situation. The first person I spoke to said she would call me back, never did. So, I called two weeks later and you, Mr. Evans yourself, actually did get on the phone with me, said you would look into it and did call me back, about three business days later and just assured me that your staff told me of the fee. I have been the power of attorney for two family members, executor to the wills of two family members and I've dealt with my family's financial situation for 30 years. I would know if I was told something. So, your assurance doesn't grant me anything. You don't have proof that I was told of the fee. So, we asked if we could return the can and explained that it had already been decided we weren't going to be allowed to do that. So, my husband and I took it upon ourselves to destroy the can so that there won't be a pickup. But there's still the matter of the bill that was sent to our house for next year's pickup. If I don't have a functioning can, I would like that fee waived. That's all. |
| Evans | Thank you. |
| Female Speaker | Mhm. |
| Evans | You had a matter. |
| Daniel Warmus | Myself here. |
| Evans | Are you? |

- 20 -

| SPEAKER | DESCRIPTION |
| --- | --- |
| Daniel Warmus | Yeah, I had something I'd like to speak about. |
| Evans | Go for it. |
| Daniel Warmus | All right. My name is Dan. Erie County. My residency is Erie County and I actually come down here to address a few things about this board that you guys are going to be under investigation for about the Haunted Forest and there's quite a few things that comes a concern about this about the litigation and misappropriation of public funds for you guys are fighting something on a technicality. |
| Daniel Warmus | Let me quick explain this technicality so you guys can understand what these shitbags are fighting against. The Haunted Forest sued the town of Wilson in a lawsuit for the right to open through an Article 78. During an Article 78, you're supposed to serve the town with a paper copy. They did not serve the town with a paper copy. They sent it through email. When they lost in court, they tried to say they did not get served properly, but the first judge told them, "You showed up to court. You waived your right to not knowing the lawsuit was in effect." Wilson appealed that on the taxpayer's dime. If you guys do not know, appeals cost mega money. Now, they lost that appeal. The judge agreed with the first judge. You showed up to court. The fact that you didn't get served properly is null and void. You showed up. And the second appeal happened up to the state supreme court. More money wasted on the taxpayer's dime. All on a technicality. Not even the fact that they could win this case. Just the fact that there's a technically issue. And to go furthermore, the time frame is not up. They have since then served the town with the correct paperwork, thus filling in the hole. Yet, the town is still dragging their feet on a technicality because they lost the lawsuit. And the truth is, it's only a matter of time before Wilson has to pay out. And how much tax money are they going to waste? The more they drag their feet, the more it's going to cost the taxpayer. |
| Daniel Warmus | Misappropriation of public funds for you guys are fighting something on a technicality that should be settled long time ago. You guys got lying to the Department of State about your codes enforcement. He's operating without a license. There's a lot of stuff going down the corruption in here and I just want to come down |

| SPEAKER | DESCRIPTION |
|---|---|
|  | here and ask some questions, like is your board of ethics still investigating themselves and finding no wrongdoing? I've listened to some, I got a lot of depositions about you guys down here and some stuff and I know you're a new supervisor and you weren't involved with a lot of it. I know you're new in here, but my real concern is the appropriation of funds. This is something that needs to be settled out, not being going back to court and litigated, and it's a losing matter. You guys are literally appealing on the public's dime here, this small town. You guys are literally appealing on technicalities, and then the thing's been refiled. So, it's like at the end of the day, you guys are losing battle just wasting public funds. And I guess my other question is your codes enforcement. Is he licensed or are you guys still using Porter or at least telling the Department of State that you're using Porter? Lying through documentations and I have all these documentations. So, this corruption is going to come out and this board better get on their gear about appropriation of public funds because the lawsuit's eventually going to settle or eventually going to get paid out and you guys are just dragging your feet causing a lot of unnecessary funds on the taxpayer's dime. And I, like I said, Supervisor, I know you weren't involved in in that matter because you're newer here, but I'm counting on you to do the right thing for the taxpayers in the situation. So, that's all I got to say. And I just want you all to know you're all under investigation. |
| Evans | Dan, thank you. |
| Daniel Warmus | And all those depths are coming out. |
| Evans | Thank you, sir. |
| Kropp | Can I ask this gentleman a question? Who do you represent? **("Panic Mode Activated…lol" at bottom of screen)** |
| Multiple Voices | [OTHER VOICE/CROSSTALK/INAUDIBLE]: [47:50-47:54] No _____. Tim. |
| Kropp | Hm? Okay. |
| Evans | Dan, thank you. |

| SPEAKER | DESCRIPTION |
|---|---|
| Daniel Warmus | He knows. |
| Kropp | I know? |
| Daniel Warmus | He knows. |
| Evans | Okay. Dan, thank you. What did you say your last name was? |
| Daniel Warmus | I didn't say. |
| Evans | Okay. But you're from Erie County? |
| Daniel Warmus | That's my residency. Yeah. Erie County. |
| Evans | Okay. Thank you. Anyone else from the public? At this point in time, the public participation forum is closed. |
| Daniel Warmus | Get a load of this guys. This next part is out of this world. |
| Daniel Warmus | For the record, is your code enforcer licensed? |
| Evans | I'm sorry? |
| Daniel Warmus | Is the code enforcement officer here licensed now? |
| Evans | Our meeting is over, sir. |
| Daniel Warmus | [Inaudible 48:42-48:45] whether he's licensed.  Hey Travis, you licensed yet? To be code enforcer. Huh? |
| Travis | No comment. |
| Daniel Warmus | No comment? Whether you're licensed to do your job you've been doing. |
| Google AI Overview | To become a code enforcer in New York, you need a valid New York State driver's license and a code enforcement official certification. This requires completing a basic training program from the New York State Department of State along with meeting certain education and experience requirements. **(Text also on screen)** |

| SPEAKER | DESCRIPTION |
|---|---|
| Daniel Warmus | The rumor I've heard is Travis can't pass the civil service exam, so he can't get the actual certification, so they operate illegally. This is also Travis, guys<br>**("Without a license from the state how did Travis:**<br>***Issue 13 new permits**<br>***Close out 20 permits**<br>***Do a trailer occupancy inspection**<br>***1SPR Inspection**<br>***Caught 3 contractors without permits**<br>**(while not permitted to do his job)" on screen)** |
| Travis | For the month, I've issued 13 new permits, closed out 20. Right now, we have 70 open. I did one trailer occupancy, one STR inspection, had five complaints, four sheriff call outs. In this past week, right here this week, I've caught three contractors with no permits, and we have some future litigation with Kyle coming up in local town court. That's my report for November. |
| Daniel Warmus | So, if he's not licensed by the State properly, how in the world is he performing his job? How is he issuing 13 new permits? Closing out 20 permits, doing a trailer occupancy inspection, one SPR inspection, caught three contractors without a permit while not permitted to do his own job, guys. Sounds like a hypocrite piece of shit to me. Let me know what you guys think about that in the comment section. A code enforcement officer claiming to be an officer of the state that's impersonating an officer. Where are the charges on this guy, folks. Make sure you guys hit that subscribe because this is just the startup video. There's going to be more videos about this and we're going to expose it all. The depositions, the actual documentations that they forged and sent to the state, this guy. |
| Evans | That's pretty much all I have on the agenda. To the town board, there are litigating matters that need to be addressed and we need to be brought up to speed on. I will entertain a motion to go into executive session. |
| Male Voice | I'll make that motion executive session. |
| Female Voice | I'll second. |

| SPEAKER | DESCRIPTION |
| --- | --- |
| Evans | Motion to go into executive session. All in favor? |
| Multiple Speakers | Aye. |
| Evans | Opposed? Motion carried. At this time, we will dismiss the audience. Counselor, you had something to say on that? |
| Andrews | Sure. It's, it would I mean, it's not just limited to litigation. There's ongoing union negotiations, but I would also put on the record that there are some invited participants into executive session **("Those people are the people who no longer work for the town but are involved with the lawsuit against Haunted Forest" at bottom of screen)** who are named litigants in a litigation involving the town of Wilson. Former supervisor Doyle Phillips, town's former town clerk Diane Muscarella, our town code enforcement officer, former town councilman Robert Hall, and resident Mark [Schmitkons]. I would also and Diane Muscarella is also here and on her behalf as is administrator of her the estate of her late husband James Muscarella. |
| Evans | Which is named. |
| Andrews | In also named in the litigation involving the town of Wilson, so I think we'll invite all of them to the executive session for at least a brief portion to the extent that it involves them in this litigation in their only in their official capacities not in their individual capacities. |
| Evans | Very good. |
| Andrews | Thank you. |
| Evans | So at this time we'll be dismissed to enter into executive session. Thank you. |
| Basile | For the students. We'll sign your papers. |
| Male Speaker | Thank you. |
| Daniel Warmus | For the record, is your code enforcer licensed? |

| SPEAKER | DESCRIPTION |
| --- | --- |
| Evans | I'm sorry? |
| Daniel Warmus | Is the code enforcement officer here licensed now? |
| Evans | Our meeting is over, sir. |
| Daniel Warmus | [Inaudible 48:42-48:45] whether he's licensed.  Hey Travis, you licensed yet? To be code enforcer. Huh? |
| Travis | No comment. |
| Daniel Warmus | No comment. Whether you're licensed to do your job you've been doing. Lying to the porter about Porter, huh? **("Panic Mode in full Force" at bottom of screen)** All going to come out, my man. All coming out. |
| Constable | Everybody's dismissed here. Let's go. |
| Male Speaker | Who do you work for? |
| Daniel Warmus | Myself. |
| Female Speaker | Thank you. |
| Daniel Warmus | Cuz these are a bunch of crooks in here. I'm about to expose them. |
| Male Speaker | How do you do that? |
| Daniel Warmus | I run a YouTube channel and do First Amendment audits. I audit these guys. And what they got is a code enforcement officer talking about codes violations and all the public. But you know what? Their code enforcement officer ain't even licensed to be putting out those fines and stuff. I don't know if he's licensed or not yet. You think if he was, you would have said yeah right now, wouldn't you? But what they're doing right now is they're actually going to an executive session. The meeting will open back up and they got to close it and let us know any conclusions they came in there. But what it is, it's a set time where they can discuss things without the public, but they can't make any decisions. They can't vote on anything in there. And that's what is going on with the executive session. But the meeting is technically not over, but. |

| SPEAKER | DESCRIPTION |
|---|---|
| Male Speaker | Oh. What's your YouTube channel? |
| Daniel Warmus | My YouTube channel is called Auditing Erie County. I'm going to come out here. Let me go through this window. They're discussing litigation against another shutdown of a pumpkin farm, guys, under investigation here in Wilson. They got people on their ethics board who are investigating themselves, lying on court depositions. We got their depositions. We got it all. We're here to let them know they're under investigation today. |
| Daniel Warmus | The town of Wilson is super corrupt. They actually closed this meeting to go into executive session wrong. They voted to go into executive session before saying who exactly could go into executive session. And the way they ended it, they sure did believe that they didn't have to come back out to this meeting to reopen it. As you'll see, this cocky constable seems to think that this meeting is over. And I'm going to assure him that it's not. And then we're actually going to force them by waiting it out to go back and open and close the meeting properly because they never would have had I not been there. |
| Daniel Warmus | I wonder where they're going. Locked me out. The meeting ain't over. **("This Clown thinks he know stuff But he's a FOOL!" at top of screen)** |
| Constable | It is. |
| Daniel Warmus | It ain't over. |
| Constable | Closed to the public. It's over. |
| Daniel Warmus | Nah, they got to come back open and close it properly or they're violating meetings law. Open Meetings Law. |
| Constable | That's between you and them. |
| Daniel Warmus | It is going to be between me and them. You better warn them. |
| Constable | All right. |
| Daniel Warmus | Meeting ain't over. |

| SPEAKER | DESCRIPTION |
|---------|-------------|
| Constable | Sure. [Inaudible 56:16] |
| Daniel Warmus | Who do you work for? The unified court system? |
| Constable | No. |
| Daniel Warmus | You're a police officer. |
| Constable | Town constable. |
| Daniel Warmus | Yeah. You better warn them. They're about to violate Open Meetings Law. |
| Constable | Will do. |
| Daniel Warmus | At this point, the town of Wilson has illegally locked me out of a open public meeting that is not over yet. |
| Constable | This meeting ain't over. It ain't been officially closed. How are they going to close it? |
| Daniel Warmus | Everything they're doing is on the record. |
| Constable | Yeah, but they didn't close the meeting. They had to do it to the public. |
| Daniel Warmus | These fucking idiots are leaving. These guys just do what they want? For real? They're still in there. We're still live. There's still some. The constable is in there. I warned them if they close this meeting without doing it properly, there's going to be problems. We'll see if the constable is going to tell them. They shut the lights off in the meeting room. |
| Male Speaker | Well, actually, I. |
| Daniel Warmus | Yeah, nobody watches these, when nobody watches these people they do whatever they want. Chad, if you think we should sue his ass for it, I reckon we're going to. LRV 9031. |
| Male Speaker | What are you doing? |
| Daniel Warmus | What's up? |

- 28 -

| SPEAKER | DESCRIPTION |
|---------|-------------|
| Male Speaker | What are you doing? |
| Daniel Warmus | I'm filming. |
| Male Speaker | I can tell. But why? |
| Daniel Warmus | What are you doing? |
| Male Speaker | Hanging out. |
| Daniel Warmus | Why? |
| Male Speaker | What are you doing? |
| Daniel Warmus | What are you doing? |
| Male Speaker | I just told you I'm hanging out. What are you doing? |
| Daniel Warmus | I just told you what I'm doing. What are you doing? |
| Male Speaker | Huh? |
| Daniel Warmus | I just told you what I'm doing. What are you doing? |
| Male Speaker | I told you I'm just hanging out. |
| Daniel Warmus | I told you I'm just filming. **("Dude was messing around by the Corruption Cruiser" at bottom of screen)** |
| Male Speaker | [Inaudible 58:35] Have a good night, dude. |
| Daniel Warmus | What a weirdo. |
| Daniel Warmus | At this point, they tried to wait me out and kept checking to see if I was there and probably went ahead and watched the livestream as we were out there calling them out for not closing the meeting and eventually they decide they better comply within the law because the civil rights enforcer and media news team that enforces the law on the government is watching them on full force. And you'll notice they all have their coats and their jackets on as if they were |

| SPEAKER | DESCRIPTION |
|---|---|
|  | going to go home but now they have to take their jackets off because they have to close the meeting properly. |
| Daniel Warmus | Let's go. Let's see it. We're going to find out if we're going to close this meeting or what. Oh yeah, they're going to open the meeting back up and close it properly. That's what I thought. |
| Daniel Warmus | This gentleman comes to let me in and the constable stops him right here. The punk ass. |
| Daniel Warmus | What's going on? Open up the doors. A public meeting. It's not over yet. This is the constable's ego and pride on full display because he knows he's wrong at this point. You guys going to lock me out of the public meeting? |
| Constable | Learn some patience, my man. |
| Daniel Warmus | Fucking stupid ass. |
| Constable | Excuse me? |
| Daniel Warmus | Don't touch me. Don't touch me. |
| Constable | What did you say? |
|  | Get off me, you stupid ass. That's what I called you. A stupid ass. Don't you ever touch me again. I'll put you in a federal courtroom so fast your head will spin. You want to mock me out there like I didn't know the law. You ought to learn the law. You want to wear a badge, you stupid ass. Don't you ever touch me again. |
| Male Speaker | [Inaudible 1:00] |
| Daniel Warmus | I don't know. Your constable wants to put his hands on me for free speech. I'm good. As long as he knows he can't put his hands on me for free speech. |
| Evans | Dan. We're trying. Let us finish up here. Thank you. |
| Daniel Warmus | It's almost alarming how much of an attitude adjustment was done after the executive session when they figured out who I was and they were not going to be able to get away with BS. |

| SPEAKER | DESCRIPTION |
|---|---|
| Evans | I'll accept a motion to come out of executive session. |
| Legget | I'll make that motion. |
| Basile | I'll second. |
| Evans | All in favor? |
| Multiple Speakers | Aye. |
| Evans | Opposed? **("2 board members already left?? In the middle of a MEETING!" at bottom of screen)** <br> Motion carried to come out of executive session. Councilman Legget, could you give me a time, please? Once again, I will accept a motion to adjourn. |
| Basile | I'll make that motion. |
| Kropp | I'll second. |
| Evans | Second. All in favor? |
| Multiple Speakers | Aye. |
| Evans | Opposed? Motion to adjourn. |
| Legget | Carried. |
| Evans | Carried. |
| Legget | I'll fill in the blanks. |
| Evans | Yeah. Thank you. Yeah. |
| Dan | Supervisor. |
| Evans | Yes, sir. |
| Daniel Warmus | Can I just make a suggestion? I know I seen your format for the public meetings. Maybe make a section on there just for public |

| SPEAKER | DESCRIPTION |
| --- | --- |
|  | comment on anything for the good of, good of the community, not just for agenda items. |
| Evans | Okay. |
| Daniel Warmus | Maybe a different section just for, you know, transparency in government. It's something I like to promote. |
| Evans | Okay. |
| Daniel Warmus | And just one question. Codes enforcement officer. We're licensed down here now? |
| Evans | You know I can't speak on that. |
| Video Clip | What? Bro, what are you talking about, man? |
| Daniel Warmus | I mean you got a code enforcement officer who's not licensed. You're  breaking the law at that point, right? |
| Evans | Well. |
| Daniel Warmus | Enforcement code like it should be simple question answer. It should be like yeah of course he is. |
| Evans | Dan, right? |
| Daniel Warmus | Yeah. |
| Evans | I have no comment, sir. I appreciate it. Thank you man. |
| Daniel Warmus | [Inaudible 1:01] under investigation. |
| Evans | That's alright. |
| Daniel Warmus | No, I was coming in here. I told this constable earlier that the public meeting isn't over until they you know come out of executive session. He kind of punked me over there. |
| Evans | Okay. |

| SPEAKER | DESCRIPTION |
|---------|-------------|
| Daniel Warmus | And then when he came when he opened up the door, he was being smart with me and I called him a name. I can't remember the exact name. Maybe punk ass or stupid ass. |
| Evans | Okay. |
| Daniel Warmus | But then he hip checked me and grabbed my jacket like he was going to detain me. |
| Evans | Okay. |
| Daniel Warmus | And I don't want to cause litigation, any more litigation against this town than. |
| Evans | And we appreciate that, Dan. Thank you. |
| Daniel Warmus | This guy can't be putting his hands on people. |
| Evans | No. No. |
| Daniel Warmus | He needs he needs to learn to talk to people better. |
| Evans | Okay. Well, you know. |
| Daniel Warmus | You're going to see the video because I'm going to send it. I'm going to make sure it gets sent to you. |
| Evans | Okay. |
| Daniel Warmus | The way he spoke to me about this meeting like. |
| Evans | Well, once again. |
| Daniel Warmus | I don't know what I'm talking about. That's all I'm saying. |
| Evans | Dan, once again, we don't want to get into any litigations as well. So. |
| Daniel Warmus | Yeah. That's why I'm talking to you. |
| Evans | Alright. |
| Daniel Warmus | And saying, you know, you're the supervisor. |

- 33 -

| SPEAKER | DESCRIPTION |
| --- | --- |
| Evans | Thank you. |
| Daniel Warmus | And I appreciate you and I know you're going to take care of it. |
| Evans | All right. |
| Daniel Warmus | I think it was punk ass I called him maybe because that's way he was acting. |
| Evans | Well, you know [inaudible 1:03]. |
| Daniel Warmus | It's his freedom of speech. You swore an oath to protect it and this dude to take his badge swore an oath to protect my right to call him a punk ass or. |
| Constable | Well I get shoved aside when I'm opening the door [inaudible 1:03]. |
| Daniel Warmus | You hip checked me. It's on camera. It's on camera. There's camera's up there. |
| Constable | There is. |
| Daniel Warmus | Then you grabbed me all right. |
| Evans | Dan, thank you. |
| Daniel Warmus | Not appreciated. |
| Constable | After pushing me aside. |
| Daniel Warmus | After you locked me out of a public meeting and make a mockery of it. |
| Evans | [Inaudible 1:03] |
| Daniel Warmus | I'll be watching you, buddy. I'll be watching you. And just like that, they were forced to close the meeting properly. You guys leave your comments in the comment section. I don't know what's with that that stupid that constable. Dude's a tyrant. We're definitely going to be watching him and in the future we're going to be watching him. Tell me I pushed him. What a punk. |

| SPEAKER | DESCRIPTION |
|---------|-------------|
| Outro | We living in a society now **("Auditing Erie County" at bottom of screen followed by "Know Your Rights" at bottom of screen)** where people want to record how they discipline their child. The people that might get mad with this video is the people that probably already embarrassed they child. You can't discipline your child in their room. Take something away from them. **("Auditing Erie County" at top of screen; "Protecting the Erie County Fam's Rights" at bottom of screen; "AEC" behind "Protecting the Erie County Fam's Rights" at bottom of screen)** If they act up, what my son. If they act up, I'm like, "Son, you can't play the game today." That in the beginning I'm saying son you going to read a book all day, you can't watch TV. That's it. I will never my life ever humiliate my own DNA on their social media network. I've seen a lot of parents do that and it actually made me cry. |
| Daniel Warmus | Hey Travis, you licensed yet? To be code enforcer. Huh? |
| Travis | No comment. |
| Daniel Warmus | No comment? Whether you're licensed to do your job you've been doing. **("Auditing Erie County" at bottom of screen)** |
| Outro Song | It's our Erie County fam. Yeah. Yeah. Corruption cruiser rolls into town. Our public servants better not clown. Our rights respected. No backing down. Outed them all. Constitution showdown. Turn on the camera, light up the dark. Erie County fam making a mark. Power to the people. Don't lose your spark. This dog will bite. Not just bark. Bad cops scatter. They know the name. First Amendment on our side. We got no shame. Document them all. Expose their games. Do it for the people, not for the fame. Turn on the camera, light up the dark. Every county fam making a mark. Power to the people. Don't lose your spark. This dog will bite. Not just bark. Flexing our rights. A man with a mission. Constitution on our side. Never asked for permission. Taking pictures and videos. And hey, might just take a piece of public candy. Turn on the camera, light up the dark. Erie County fam making our mark. Power to the people. Don't lose your spark. This dog will bite, not just bark. Come the government dogs with their charges and cuffs, barking up the wrong tree, acting so tough, will FOIL request the body cams and all their reports. **("Penberthy Law When Law is Lawless** |

| SPEAKER | DESCRIPTION |
|---|---|
|  | **Brittany Penberthy 716-803-8402" at bottom left of screen)** Brittany Penberthy going to neuter them in court. Turn on the camera, light up the dark. Erie County fam making our mark. Power to the people. Don't lose your spark. This dog will bite. Not just bark. Don't forget to like, **(" Auditing Erie County" at top of screen; "Protecting the Erie County Fam's Rights" at bottom of screen; "AEC" behind "Protecting the Erie County Fam's Rights" at bottom of screen)** share, and subscribe. Fam, we out. |
| Male Speaker | You pull the Constitution out your pockets in here like that was supposed to prove something. |
| Male Speaker | First Amendment, freedom of the press. |
| Male Speaker | Your name is not Dan Erie County. |
| Male Speaker | This isn't Erie County. |
| Male Speaker | Yeah, sure it is. Under here is Dan Erie County. |
| Male Speaker | Legitimate? Maybe. Official? No. |